RECEIVED
2006 NOV 20 A 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

HAROLD M. ABRAHAMSEN JR. )
Full name and prison number )
of plaintiff(s) )
                              )
v. MCDF                       )   CIVIL ACTION NO. 2:06CV1039-WKW
SHERRIFF; DAVID T MARSHALL )   (To be supplied by Clerk of
DIRECTOR; GINA M. SAVAGE   )      U.S. District Court)
CORRECTION                    )
OFFICERS; LT. FINLEY          )   • CONT •
          LT JENKINS          )   SGT. YOUNGBLOOD
          LT RODGERS          )   OTHERS, INCLUDING
Name of person(s) who violated )  ALL JOHN & JANE DOES
your constitutional rights.   )
(List the names of all the    )
persons.)                     )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Detention Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery County Detention Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff: David T. Marshall | |
| 2. Director: Gina M. Savage | |
| 3. Officers: Lt. Finley, Lt. Jenkins, | |
| 4. Lt Rodgers, Sgt. Youngblood, and | |
| 5. Many other John & Jane Doe - Officers | |
| 6. Many John & Jane Doe - on Medical Staff | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _An On Going Practice or Condition @ this facility_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Officials listed w/ Medical Staff also have deprived complainant and the following Co-complainants normal life sustaining medical examination, treatments, and medicines weather by new need or by previous prescription of other recognized Medical Practitioner's_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

SUPPORTING FACTS: WILL BE IN THE INDIVIDUAL CASES BEING TREATED IN THIS FACILITY NOW AND IN THE PAST AS WELL AS THE INDIVIDUAL REQUEST DOCUMENTS, RECORDS OF TREATMENTS AND STATEMENTS TO YET TAKEN

GROUND TWO: IMPROPER FOOD SUSATANCE BEING SERVED (A MAL-NOURISHED STATE) FOR MAJORITY OF INMATES

SUPPORTING FACTS: ENCLOSED HERE IS A DESCRIPTION OF ACTUAL FOODS BEING SERVED IN FACILITY ALONG W/ LABELS OF NUTRITION FOR THE PROCESSED ITEMS

GROUND THREE: INDIVIDUALS ARE BEING DEPRIVED THEIR DUE PROCESS RIGHTS AND BEING DETAINED EXTRA-ORDINARY TIME W/OUT RIGHTS TO PRELIMINARY HEARINGS & REPRESENTATION BY COUNSEL IN A TIMELY FASHION, LARGELY CAUSED IN PART FROM NON-COOPERATIVE STAFF AT THE FACILITY AND FAILURE TO HAVE COURT DOCUMENTS AVAILABLE AS WELL AS REQUESTING DOCUMENTATION OR LEGAL SERVICES

SUPPORTING FACTS: AGAIN WILL BE INDIVIDUAL CASES INSIDE FACILITY THAT NEED TO BE INVESTIGATED

3

GROUND FOUR: JAIL IS OVERCROWDED BEYOND CAPACITY (720 APPROX. THIS DAY)

SUPPORTING FACT: JAIL RECORDS

OVER PLEASE →

GROUND FIVE; JAIL HAS CONTAGEOUS STAFF INFECTIONS, RINGWORM, VARIOUS SKIN DISORDERS, AS WELL AS HIV PATIENTS IN GENERAL POPULATION MOST OF THESE DANGERS CAN BE ELIMINATED BY RE-ORGANIZING AND REDUCING POPULATION AND PROVIDING CLEANING MATERIALS THAT STERILIZE THE ABOVE CONDITIONS

SUPPORTABLE FACTS AGIN, STAFF FAIL TO TREAT INMATES WITH HUMAN REGARD OR PROVIDE INMATES WITH RESOURCES TO CORRECT THIS SITUATION

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

HAROLD ABRAHAMSON JR AND CO-COMPLAINTS STATED BELOW ALONG WITH ANY JOHN OR JANE DOES NOT MENTIONED HERE TO HAVE THE FEDERAL JUSTICE DEPT TO ACT QUICKLY TO ✱

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-16-2006
              (Date)

_____ 76171
Signature of plaintiff(s)

✱ CONT INVESTIGATE THE AFOREMENTIONED ALEGATIONS AS LISTED HEREIN EASE OVERCROWDING, TAKE CONTROL OF FACILITY AND MAKE NESSESARY CHANGES TO DALY ACTIVITY TO RESTORE THE INDIVIDUAL HUMAN RIGHTS TO INMATES

1. John Johnson #87432
2. Gary W. Hogan #87028
3. ??? Koen 58753
4. Lee E Koen 87216
5. Terrance Briers 69259
6. Barron H. Defer 16720
7. Mike Edman jr   11/16/06  87011
8. ??? B??? 85515
9. Travis Smith  11/16/06  81719
10. Robert Gregory  75808
11. Darren Jenn 87486
12. Christopher Jorel Shannon 82113
13. Mario J McBruch 84660
14. Rickey Sanford 79280
15. Christopher Conway 81563
16. Thomas Roberts 8424

MENU: AS UNDERLINED
MON — FRI

BREAKFAST & LUNCH → <u>One</u> SAK LUNCH CONSISTING OF THE FOLLOWING

2 — PRESSED MEAT SANDWICHS
①<u>SANDWICH WITH A SLICE OF PROCESSED CHEESE ON WHEAT SANDWICH BREAD</u>
①<u>SANDWICH WITHOUT ON WHEAT SANDWICH BREAD</u>

<u>1 SMALL SINGLE COOKIE FROM A LARGE PAK OF COOKIES</u>

LABELS INCLUDED IN THIS DOCUMENT {
1 <u>1 oz BAG OF CHIPS</u>
1 <u>1 oz CEREAL</u>
1 <u>6.75 oz JUICE</u>
1 <u>39 grams ENERGY OR GRAIN BAR</u>
1 <u>½ PINT FAT FREE MILK</u>

DINNER — <u>15 VARIOUS SMALL PORTIONS 2 oz</u>
MON-SUN   <u>MEAT ON MOST NIGHTS, HOWEVER HAVE 1 NIGHT ONLY VEGETABLE IS SERVED</u>

MENU SAT-SUN <u>GRITS / SCRAM EGG / BISCUIT FRUIT CUP</u>

NOTE: ALL TOGETHER NOT ENOUGH FOOD IN A WEEK TO MAINTAIN HELP ESPECIALLY IF INDIVIDUAL HAS MEDICAL PROBLEMS