M/D-6

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**_____ DIVISION**

RECEIVED

2006 NOV 20 A 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

*Harold M. Abrahamsen Jr.*
*other;*
*Unknown John Does*
*Unknown Jane Does*
Plaintiff(s)

2:06CV1039-WKW

v.

*"Montgomery County Detention Facility"*
*Sheriff "David T Marshall"*
*Director "Gina M Savage"*
*"Corrections officers as Follows";*
Defendant(s)
*And Other John & Jane Doe's*

*LT. Finley*
*LT. Jenkins*
*LT. Rodgers*
*Sgt. Youngblood*

<u>MOTION TO PROCEED *IN FORMA PAUPERIS*</u>

Plaintiff(s) *Harold M. Abrahamsen Jr.*

moves this Honorable Court for an order allowing her/him to proceed in this case without
prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached
sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

District of _MIDDLE Alabama_ 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Plaintiff

V.

CASE NUMBER:

Defendant

I, _HAROLD M. ABRAHAMSEN Jr._ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☑ other   _OTHER JOHN & JANE DOE'S_

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Montgomery County Detention Facility_

    Are you employed at the institution? _WAS (FOR 1 WEEK)_   Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
    transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer. _SELF EMPLOYED AS
        AUTO MECH, FREE LANCE/ INDIGENT_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☑ Yes | ☐ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. Gifts or inheritances | ☐ Yes | ☑ No |
    | f. Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
    amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes        ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?    ☐ Yes        ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.    *N/A*

I declare under penalty of perjury that the above information is true and correct.

_11·16·2006_                    _[signature]_
        Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer
showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
account.

*PLEASE NOTE, THIS IS ONLY INSTITUTION, I'VE BEEN
IN, THEIR IS LITTLE TO NO CO-OPERATION WITH
STAFF HERE, TO OBTAIN AN AFFIDAVIT OR STATEMENT
OF ANY KIND OF CERTIFICATION HOWEVER — over please ·CONT·*

• CONT •

I HAVE INDIGENT STATUS IN THIS
FACILITY HAVE NEVER HAD MORE THEN A DOLLAR
ON MY BOOKS AND ONLY HAVE HAD NEGETIVE
CHARGES TO SAME    ENCLOSED WOULD BE A SAMPLE
OF MY "NEGETIVE CHARGE", AS A CITIZEN IN
THE FREE WORLD I HAVE NO ASSETS OTHER
THAN PERSONAL CLOTHING, AND SOME TOOLS
VALUED @ ABOUT    $300.00 PERSONALLY

[signature]

Inmate # 76/71