IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD M. ABRAHAMSEN JR.,
PLAINTIFF

V

D.T. MARSHALL, et al.,
DEFENDANT

CASE #:
2:06-CV-1039-WKW
(WO)

1  "MOTION TO CONTINUE DEADLINE AND GRANT
2   ACCESS TO LAW LIBRARY"

3  Now COMES PLAINTIFF, HAROLD M. ABRAHAMSEN JR., AN INMATE
4  PRESENTLY BEING DETAINED AT THE "MONTGOMERY COUNTY
5  DETENTION FACILITY", WITH NO KNOWN DATE OF PELIMINARY
6  HEARING(S) OR DATES OF CONTINUED CONFINEMENT

7  PLAINTIFF STATES; HE HAS REQUESTED ATTORNEY APPOINTMENT
8  BY AFIDAVIT, FOR HIS MISDEMEANOR CHARGES BEFORE THE CIRCUIT
9  AND DISTRICT COURTS; MONTGOMERY AL, AS WELL AS, DOCKET DATES
10 FOR APPEARANCES, AND SAID REQUESTS HAVE GONE UNANSWERED,
11 SIX AND TWO WEEKS RESPECTIVELY, IN CASE #'S DC06-3235
12 AND DC04 2113.00 — 2113.09

13 PLAINTIFF FURTHER STATES; THAT SIMILAR REQUESTS FOR ACCESS TO
14 "MONTGOMERY COUNTY DETENTION FACILITY(S)" "LAW LIBRARY"
15 HAVE BEEN ROUTINELY DENIED OR IGNORED BY STAFF AND
16 EMPLOYEES OF SAID FACILITY

17                          (1)

18 PLAINTIFF NOW STATES; HE IS AN INDIGENT WITHOUT FINANCIAL
19 RESOURCE AT THIS TIME AND IS A LAYMAN WITH REGARD
20 TO KNOWLEDGE OF THE "CIVIL CODES" AND NEEDS A SHORT
21 PERIOD OF TIME FOR STUDY OF SAME

22 PLAINTIFF AGIN FURTHER STATES; A TIPICAL ALLOWED
23 VISIT M.C.D.F.(S), LAW LIBRARY, UPON REQUEST IS THIRTY
24 MINUTES PER ANY GIVEN WEEK, NORMALLY BY SCHEDUAL,
25 BUT SELDOM ADHERED TOO BY SAME SCHEDUAL, THEREBY
26 GIVING PLAINTIFF, A LAYMEN AT LAW, A SUM TOTOL
27 OF (60) SIXTY MINUTES, TO PREPARE WITH STUDY, IN
28 ORDER TO COMPLY WITH "HIS HONORS" PRESENT DEADLINE
29 OF DECEMBER 14th, 2006, TO AMEND SAID COMPLAINT
30 AS OUTLINED IN "HIS HONORS" ORDER OF NOVEMBER
31 29th, 2006

32 THEREFORE PLAINTIFF PRAYS; OF THE "HONORABLE
33 WALLACE CAPEL JR.", TO GRANT A REASONABLE
34 EXTENTION OF TIME ON HIS PRESENT DEADLINE
35 TO PLAINTIFF, AND THAT HE ORDER DEFENDANT
36 TO ALLOW PLAINTIFF GAURDED, BUT FREE ACCESS,
37 TO "LAW LIBRARY" AT THE "MONTGOMERY COUNTY
38 DETENTION FACILITY", FOR THE PURPOSE OF STUDY
39 AND COPYING OF APPLICABLE CODES AND CASE'S
40 AS OUTLINED IN "HIS HONORS" ORDER OF NOVEMBER
41 29th, 2006, THIS 4th DAY OF DECEMBER 2006

42                (2)  [signature] 12/1/2006
                        HAROLD M. ABRAHAMSEN Jr.

# DISTRICT COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA
MONT. CO.
V
HAROLD "CHUCK" M. ABRAHAMSEN JR.

CASE #(S)
DC 04 2113.00 - 2113.09

1  "MOTION TO SET ASIDE COSTS, AND REINSTATE,
2       RESTITUTION PAYMENTS PLAN"

3  <u>NOW COMES DEFENDANT</u>, HAROLD "CHUCK" ABRAHAMSEN JR., WHO STATES,
4  HE IS PRESENTLY BEING DETAINED IN THE MONTGOMERY COUNTY DETENTION
5  FACILITY FOR A PERIOD OF NO LESS THAN (46) FORTY SIX DAYS & (28) TWENTY EIGHT
6  DAYS IN THE YEAR OF 2005.
7  <u>DEFENDANT ALSO STATES:</u> HE IS A 41 YEAR OLD MAN, WHO HAS BEEN
8  SUFFERING WITH CHRONIC DECAYING ILLNESSES FOR APPROXIMATELY
9  THREE YEARS, DEFENDANT HAS ALSO SUFFERED THE LOSS OF HIS
10 HOME AND ALL ASSETS, AS A RESULT OF HIS MEDICAL CONDITIONS,
11 AND LENGHTY PERIODS OF CONFINEMENT.
12 <u>DEFENDANT FURTHER STATES:</u> HE HAS LOST PRECIOUS PART-TIME WORK
13 AS A RESULT OF LENGHTY PERIODS OF CONFINEMENT AND IS NOW
14 IN JEOPARDY OF LOSING A PART-TIME, SELF EMPLOYED, PROFFESIONAL
15 COOPERATIVE, WITH A LOCAL BUSINESSMAN IF HE CONTINUES TO BE CONFINED.
16 <u>DEFENDANT CONTINUES TO STATE:</u> THAT HE IS NOT RECEIVING BADLY NEEDED
17 MEDICAL TREATMENTS AND MEDICINES AT HIS PLACE OF CONFINEMENT A M.C.D.F.
18 <u>WHEREBY DEFENDANT CONCLUDES; AND PRAYS OF THE HONORABLE LUCY McLEMORE</u>
19 1) TO REINSTATE A RESTITUTION PAYMENT PLAN ONLY, IN THE ABOVE
20 INTITLED CASE #(S), AT A RATE OF $50.00 PER MONTH UNTIL PAID
21 2) DEFENDANT ASKS HER HONOR TO <u>NOT</u> ALLOW ANY COSTS, FEE'S, SURCHARGES,
22 ETC TO BE FURTHER IMPOSED ON DEFENDANT AND RELEASE DEFENDANT FROM
23 ANY FUTURE PROBATION SUPERVISION, AND ANY OF IT'S COSTS WETHER PAST
24 PRESENT, OR FUTURE     (1)

"MOTION TO HONORABLE LUCY McLEMORE TO
HEAR CASE WITH GUILTY PLEA"

ALABAMA  
MONT. CO  
V  
HAROLD "CHUCK" M. ABRAHAMSEN JR.

CASE # DC06-3235

1. **Now Comes Defendant;** WHO STATES, HE IS A 47 YEAR OLD
2. MAN WITH A LIFE THREATENING, CHRONIC ILLNESS AND WHO
3. HAS BEEN DETAINED AT THE MONTGOMERY COUNTY
4. DETENTION FACILITY FOR A PERIOD OF NOT LESS THAN
5. SIX WEEKS
6. **Defendant Also States;** HE IS NOT PRESENTLY RECEIVING
7. NESSESARY MEDICAL TREATMENT(S) AND MEDICINE(S) AND
8. EXPANDED EXAMINATION(S) AT MONTGOMERY COUNTY DETENTION
9. FACILITY
10. **Defendant Further States;** PREVIOUS REQUESTS TO MONTGOMERY
11. COUNTY CLERKS OFFICE, BY WAY OF INTEROFFICE CORRISPON-
12. DANCE, HANDELED BY DETENTION FACILITY STAFF HAVE GONE
13. UNANSWERED AND/OR HAS BEEN IGNORED AT THIS TIME

14. **Where By Defendant Now Prays;** OF HER HONOR, TO HEAR
15. THE ABOVE INTITLED CASE, # DC06-3235, AND THERE BY
16. ALLOW TO ENTER A PLEA OF GUILT AND BE ALLOWED
17. TO EXPLAIN HIS GUILT. MOTIONED THIS 4th DAY
18. OF DECEMBER 2006

12-3-2006  
HAROLD "CHUCK" M. ABRAHAMSEN JR

# MONTGOMERY COUNTY DETENTION FACILITY
# GRIEVANCE OR APPEAL OF DECISION

Date: DECEMBER 3, 2006                    Cellblock: _____

Name: HAROLD M. ABRAHAMSON             Booking No. _____

Date/Time of Alleged Incident: _____

THE FOLLOWING INFORMATION SHOULD BE INCLUDED:

1. Description or Summary of the Complaint
2. Name of Individual(s) Involved
3. Signature of Inmate

To whom it may concern,

I am indigent, I can not afford writing materials or envelopes to mail them. My paper was disappearing here. I've been told by a former trustee working in the administration office that their are a couple of employees that handle the mail, that routinely throw peoples mail, documents, requests, complaints etc in the garbage.

PLEASE HELP ME, PLEASE BY THE GRACE, IN THE LORD JESUS CHRIST NAME, I BEG YOU TO SEND THESE MOTIONS ON TO THE MONTGOMERY DISTRICT COURT CLERKS OFFICE FOR FILING

Signature of Inmate

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

Revised 06/11/04

IN JESUS NAME I PRAY