IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HAROLD M. ABRAHAMSEN, JR.        *

    Plaintiff,                        *

       v.                            *            2:06-CV-1039-WKW

D.T. MARSHALL, *et al*.,               *

    Defendants.                      *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time filed December 6, 2006, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 5) is GRANTED; and

2.  Plaintiff is GRANTED an extension from December 14, 2006 to December 28, 2006 to comply with the court's November 29, 2006 order.[1]

Plaintiff's December 6 pleading also contains a request for a court order directing "Defendant[s] to allow Plaintiff gaurded [sic] but free access to 'law library.'" Upon consideration of the request, it is

ORDERED that Plaintiff's Motion for Court Order (Doc. No. 5) be and is hereby DENIED.

---

[1]Plaintiff is advised that there is no requirement that he cite to legal authority in the various pleadings, documents, *etc*., which he files with the court.

Done, this 12th day of December 2006.

                                              /S/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE