**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

  ley, Officer
  omery County Detention Facility
  Box 4599
  omery, AL 36103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
H Brown
C. Date of Delivery
1-8-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv1039
pro ord eign el
cm

Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer fro    7005 1820 0002 3461 4087

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

  uthern Health Partners
  ontgomery County Detention Facility
  . Box 4599
  ntgomery, AL 36103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
H Brown
C. Date of Delivery
1-8-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv1039

Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from servic    7005 1820 0002 3461 4131

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

  ina M. Savage
  ontgomery County Detention Facility
  . Box 4599
  ntgomery, AL 36103

A. Signature
X  G. Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
H Brown
C. Date of Delivery
1-8-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv1039
pro orde
amd cm

Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label    7005 1820 0002 3461 4070

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154