**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Ms. Wright
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _f. Brown_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): A. Brown
C. Date of Delivery: 1-8-07

y address different from item 1? ☐ Yes
nter delivery address below: ☐ No

06CV1039
Proc order
CMP

Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4162

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:**
☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
☐ Print your name and address on the reverse of this form so that we can return this card to you.
☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
☐ Write "Return Receipt Requested" on the mailpiece below the article number.
☐ The Return Receipt will show to whom the article was delivered and the date

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

A. Brown
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

Amdea   06CV1039 CMP

Number: 7005 1820 0002 3461 4
Type:
☐ Certified
☐ Insured
Receipt for Merchandise   ☐ COD

Delivery: 1-8-07

5. Received By: (Print Name)
6. Signature (Addressee or Agent)
8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994   102595-99-B-0223   Domestic Return Receipt