**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

Captain Palmer/Byrd
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown           ☐ Agent
                      ☐ Addressee

(Printed Name) H Brown    C. Date of Delivery 1-8-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv1039
proc order
+ amd
cmp

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 4148

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Robison
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

06cv1039
proc order
+ amd cmp

7005 1820 0002 3461

4b. Service Type
☐ Registered       ☑ Certified
☐ Express Mail     ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  1-8-07

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt