| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| D.T. Marshall, Sheriff<br>Montgomery County Sheriff Department<br>P.O. Box 4219<br>Montgomery, AL 36103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>06cv1039<br>pro order<br>+ amd cmp |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4056 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |