| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X G Brown ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): A Brown   C. Date of Delivery: 1-8-07 |
| Dr. Nichols<br>Montgomery County Detention Facility<br>P.O. Box 4599<br>Montgomery, AL 36103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv1039<br>Proceed |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4155 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540