IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HAROLD M. ABRAHAMSEN, JR.          *

    Plaintiff,          *

      v.          *          2:06-CV-1039-WKW

D.T. MARSHALL, *et al*.,          *

    Defendants.          *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Southern Health Partners, Inc., and Dr. Nichols' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2. Defendants are GRANTED an extension from February 13, 2007 to March 15, 2007 to file their answer and written report.

Done, this 13th day of February 2007.

                                  /S/ Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-01039-WKW-WC    Document 15    Filed 02/13/2007    Page 2 of 2