IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| HAROLD M. ABRAHAMSEN, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1039-WKW |
| D.T. MARSHALL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion to Stay All Legal Proceedings. Plaintiff requests that further proceedings in this matter be stayed until 60 days after his release from the Montgomery County Detention Facility. Plaintiff's motion, having been read and considered, shall be denied. Accordingly, it is

ORDERED that the Motion to Stay All Legal Proceedings (Doc. No. 17) be and is hereby DENIED.

Done, this 9th day of March 2007.

                                                        /S/ Wallace Capel, Jr.
                                         WALLACE CAPEL, JR.
                                         UNITED STATES MAGISTRATE JUDGE