IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD M. ABRAHAMSEN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-1039-WKW |
| | ) | |
| D.T. MARSHALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SPECIAL REPORT AND ANSWER

Defendants, Southern Health Partners, Inc. ("SHP") and  Kenneth Nichols, M.D. ("Dr. Nichols"), submit their Special Report and Answer to the Court as follows:

## I.    INTRODUCTION

The plaintiff filed his Amended Complaint on December 13, 2006. On January 4, 2007, this Court ordered Defendants to file an Answer and Special Report concerning the factual allegations made by the plaintiff in his Amended Complaint.

## II.    PLAINTIFF'S ALLEGATIONS

The plaintiff alleges that the Defendants failed to provide adequate or appropriate medical attention in violation of the plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. Specifically, the plaintiff alleges that, from July 1 to July 28, 2005 and from October 21 to December 5, 2006, SHP and Dr. Nichols were deliberately indifferent to the plaintiff's medical needs by denying him examinations for his medical conditions and narcotic medication that had been

H000580

prescribed by other medical providers. The plaintiff also claims that SHP and Dr. Nichols provided a nutritionally deficient menu.[1]

## III.    DEFENDANTS' ANSWER TO PLAINTIFF'S ALLEGATIONS

Defendants deny the allegations made against them by the plaintiff as said allegations are untrue and completely without basis in law or fact. Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the plaintiff of any right to which he was entitled. The plaintiff's complaint, as amended, fails to state a claim upon which relief can be granted. The plaintiff's claims are barred by the Prison Litigation Reform Act, because the plaintiff has failed to allege a physical injury. Defendants raise the defenses of Eleventh Amendment immunity, qualified immunity, the plaintiff's failure to comply with the Prison Litigation Reform Act and additional defenses presented below. Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the law.

## IV.    SWORN STATEMENTS

Pursuant to Paragraph 2 of the Court's Order, Defendants submit the affidavits of Dr. Nichols (Exhibit 1) and Gail Colburn, LPN (Exhibit 2), who are persons having knowledge of the subject matter of the Complaint. Defendants refer the Court to all affidavits and evidentiary materials submitted by the Co-Defendants.

·

---

[1] This statement of the plaintiff's allegations is based upon the plaintiff's Complaint as amended and the undersigned's interpretation of the issues raised. If other issues are presented, Defendant requests that this Honorable Court grant Defendants an opportunity to answer and address those issues.

## V.    STATEMENT OF FACTS

### A.    Background

1.    Dr. Nichols obtained his medical degree from UAB in 1982. From 1982 to 1985, he performed an internal medicine internship and residency at Baptist Memorial Hospital in Memphis, Tennessee. From July 1985 to the present, he has been in private practice in internal medicine in Prattville, Alabama. He is licensed by the State of Alabama as a medical doctor and has been so since 1985. Since 2004, he has been employed by Southern Health Partners, Inc. ("SHP") as the medical director of the Montgomery County Jail. (Nichols Aff. at ¶ 2.)

2.    Gail Colburn ("Nurse Colburn") obtained her LPN degree from Northwest Community College in Hamilton, Alabama in 1991. From 1999 to 2001, she was employed as an LPN at Limestone Correctional Facility in Capshaw, Alabama. In 2001, she worked part-time as an LPN for Southern Health Partners, Inc. ("SHP") in Huntsville and Decatur, Alabama. In 2001, she worked as an LPN at Eglin Air Force Base, Fort Walton Beach, Florida. From 2003 to 2005, she was employed with the Medical Staffing Network as an LPN. In 2005, she was employed as an LPN for two months with PHS at the Okaloosa County Jail in Crestwood, Florida. On November 1, 2005, she was employed again by SHP as the medical team administrator at the Autauga County Metro Jail. On May 9, 2006, she became the medical team administrator at the Montgomery County Jail in Montgomery, Alabama. (Colburn Aff. at ¶ 2.)

3.    SHP provides medical care to inmates in various jail facilities, including the Montgomery County Jail. During the entire time of plaintiff's incarceration in the Montgomery County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Montgomery County Commission. Health care in the jail is provided under

the direction of a medical team administrator as well as a medical director. During the period
complained of by the plaintiff in this action, Dr. Nichols was the medical director of the jail. Janice
Henry, LPN was the medical team administrator ("MTA") in July 2005 and I have been the MTA
since May 2006. (Nichols Aff. at ¶ 3; Colburn Aff. at ¶ 3)

4.      When an inmate in the jail requires routine medical care, he or she obtains an
inmate sick call slip from the corrections officer on duty in the housing unit and that form is
provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside
the housing unit. (Nichols Aff. at ¶ 4; Colburn Aff. at ¶ 4.)

**B.      Chronology of the plaintiff's treatment**

5.      A true and accurate copy of SHP's medical chart concerning the plaintiff is
attached to Nurse Colburn's Affidavit as Exhibit A. (Colburn Aff. at ¶ 6.)

6.      The plaintiff was booked into the Montgomery County Jail on July 1, 2005.
A medical screening was performed on the plaintiff on July 4, 2005 by Janice Henry, LPN. It was
noted that the plaintiff had a heart condition, high blood pressure and mental health problems. It was
also noted that he had intestinal problems and a prior lung abscess. The plaintiff stated that he was
taking HCTZ, Elavil and Lortab. The plaintiff complained of a sore on his left upper thigh, which
was cultured and cleansed. (Colburn Aff. at ¶ 7; Nichols Aff. at ¶ 7.)

7.      On July 5, 2005, Dr. Nichols saw the plaintiff, who complained of a sore on
his left leg for one and a half weeks. His prior medical history included a lung abscess and
osteoarthritis to his knees and hands. He had a laceration on his right hand and a history of
myocardial infarction. On physical examination, the plaintiff's blood pressure was 149/81 and he
had a 2-3 cm. diameter ulceration on his lateral left thigh. Dr. Nichols assessed him with a leg ulcer

4

and a history of hypertension. Dr. Nichols' treatment plan called for the plaintiff to clean his leg once a day with soap and wrap with a dressing. Dr. Nichols ordered that the plaintiff receive Keflex 500 mg., Bactrim BS and Motrin to treat his complaints. (Colburn Aff. at ¶ 8; Nichols Aff. at ¶ 8.)

       8.      Dr. Nichols saw the plaintiff again on July 13, 2005, and the plaintiff still was complaining of problems with his left leg. The plaintiff also complained of left-sided chest pain off and on. On physical examination, Dr. Nichols noted that the plaintiff still had an ulcer on his left lateral thigh that was healing, and that he had good pulses with both feet. Dr. Nichols assessed the plaintiff with an ulcer to his lower leg and ordered that he receive two tablets of aspirin daily. (Colburn Aff. at ¶ 9; Nichols Aff. at ¶ 9.)

       9.      On July 19, 2005, the plaintiff was seen by Shirley Daniels, RN, a psychiatric nurse. The plaintiff verbalized that he had been treated for mental illness in the past. A review of his past medical records indicated that he had been treated for depression with Elavil and had a history of substance abuse. Nurse Daniels noted that the plaintiff would have an evaluation by a physician. (Colburn Aff. at ¶ 10; Nichols Aff. at ¶ 10.)

      10.     On July 20, 2005, the plaintiff underwent a history and physical performed by Janice Henry, LPN. The plaintiff noted a prior hospitalization at Baptist South and stated that he was taking aspirin daily as well as Elavil for mental health. The plaintiff gave a history of asthma, hay fever, pneumonia and heart problems. (Colburn Aff. at ¶ 11; Nichols Aff. at ¶ 11.)

      11.     On July 23, 2005, Nurse Daniels notified the plaintiff that Dr. Sanders, a psychiatrist at UAB, had informed the medical staff about the plaintiff's depression. Dr. Sanders ordered Elavil 100 mg. at the hour of sleep for the plaintiff, and the plaintiff was scheduled to be evaluated by Dr. Sanders. (Colburn Aff. at ¶ 12; Nichols Aff. at ¶ 12.)

12.    On July 24, 2005, the plaintiff was seen by Dr. Sanders, whose plan consisted of continuing the plaintiff's prescription for Elavil 100 mg. at the hour of sleep. (Colburn Aff. at ¶ 13; Nichols Aff. at ¶ 13.)

13.    The plaintiff was released from the Montgomery County Jail on July 28, 2005. (Colburn Aff. at ¶ 14; Nichols Aff. at ¶ 14.)

14.    The plaintiff was again booked into the Montgomery County Jail on October 20, 2006. On October 21, 2006, Carolyn Dees, LPN completed a history and physical form on the plaintiff. The plaintiff was noted to have a past hospitalization for a lung abscess and his current medications included Lortab, Lorcet, HCTZ and Elavil. (Colburn Aff. at ¶ 15; Nichols Aff. at ¶ 15.)

15.    On October 26, 2006, the plaintiff completed an inmate sick call slip, complaining of cancer, depression and degenerative arthritis. He said that he needed his lung medications and that he had been taking Oxycontin, Lorcet, Lortab, HCTZ and Elavil. He claimed to have been sick for over two years. The plaintiff was seen by Cynthia Davis, LPN on the same day, who noted that the plaintiff was complaining of having asbestos on his lung. The plaintiff stated that he was taking two aspirins daily and complained of numbness in his right arm and leg. He also complained of being unable to stand a long period of time and of shallow breathing. The patient was referred to Dr. Nichols for these multiple problems. (Colburn Aff. at ¶ 16; Nichols Aff. at ¶ 16.)

16.    On October 27, 2006, Dr. Nichols saw the plaintiff. Dr. Nichols noted that the plaintiff stated he had a myocardial infarction three years ago and was treated at Baptist South Hospital. The plaintiff also gave a history of lung abscess. The plaintiff stated that he had gone to PRI-MED and was told he had cancer secondary to asbestos. The plaintiff also stated that he underwent a bronchoscope and was told he had cancer. The plaintiff complained of trouble with

6

numbness in his arms and hands and also tenderness on the insides of both knees. He also complained of chest pain off and on. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with depression and a history of parapneumonic effusion. Dr. Nichols ordered that the plaintiff receive Elavil 50 mg. twice a day and aspirin twice a day. (Colburn Aff. at ¶ 17; Nichols Aff. at ¶ 17.)

17.    On November 14, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pains and needed an examination done by a qualified, disinterested third party. On November 16, 2006, the plaintiff was seen by Cynthia Davis, LPN, who referred him to Dr. Nichols. (Colburn Aff. at ¶ 18; Nichols Aff. at ¶ 18.)

18.    On November 17, 2006, Dr. Nichols saw the plaintiff, who complained that he was getting pain in the substernal area with radiation through to his back. The plaintiff complained of problems sleeping when he did not eat sugar and complained of pain to the left of his sternum. He also complained again of numbness in both arms and pain in his right shoulder. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with chest wall pain and back pain. Dr. Nichols increased the plaintiff's evening dosage of Elavil to 100 mg. and ordered ibuprofen 800 mg. twice a day for two weeks for the plaintiff's pain. (Colburn Aff. at ¶ 19; Nichols Aff. at ¶ 19.)

19.    On December 7, 2006, the plaintiff completed an inmate sick call slip, complaining that his chest was hurting again and that he could not sleep at night. The plaintiff stated that he was sick now and that his throat and lungs felt raw. The plaintiff was seen by Carolyn Dees, LPN, who referred the plaintiff to Dr. Nichols for follow-up. (Colburn Aff. at ¶ 20; Nichols Aff. at ¶ 20.)

20.    On December 8, 2006, the plaintiff completed an inmate sick call slip, complaining that his lungs felt like they were burning, that he had soreness and congestion and that he had been sick. The plaintiff was seen by Nurse Colburn, and she noted that the plaintiff's lungs were clear, that his heart rate was regular, that there was no cough, that his skin was warm and dry and that there was no sinus congestion. (Colburn Aff. at ¶ 21; Nichols Aff. at ¶ 21.)

21.    On December 12, 2006, Dr. Nichols saw the plaintiff, who complained that he still had a sharp pain on the left edge of his sternum off and on, which was non-radiating. The plaintiff also complained of a cough. On physical examination, the plaintiff's blood pressure was 180/100, his lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with bronchitis and hypertension. Dr. Nichols ordered that the plaintiff receive Doxycycline 100 mg. twice a day for ten days for his bronchitis and Atenolol 50 mg. daily for the hypertension. (Colburn Aff. at ¶ 22; Nichols Aff. at ¶ 22.)

22.    On December 16, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pain and that on the evening of December 15, 2006 he had received no high blood pressure medication. The plaintiff was scheduled to be seen by medical staff on December 20, 2006 in response to these complaints, but the plaintiff refused to be treated, signing a sick call refusal form. (Colburn Aff. at ¶ 23; Nichols Aff. at ¶ 23.)

23.    On January 1, 2007, the plaintiff completed an inmate sick call slip, requesting to see Dr. Nichols. On January 3, 2007, the plaintiff was seen by Cynthia Davis, LPN, who noted that the plaintiff was complaining of a burning sensation in his chest and chest pain along with chronic pain to his knee. The plaintiff requested an extension of medication and also requested to

00009SHR

8

see Dr. Nichols. The plaintiff was observed to have dry, flaky skin to his feet and scalp and inner buttock, and he wanted his Elavil increased. (Colburn Aff. at ¶ 24; Nichols Aff. at ¶ 24.)

24.    On January 4, 2007, Dr. Nichols saw the plaintiff. The plaintiff stated that he was feeling generally better and that his blood pressure was better. The plaintiff still complained of some pain in his left chest and some pain in his interior left shoulder. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with hypertension and chest wall pain. Dr. Nichols ordered that the plaintiff's Atenolol be increased to twice a day and that the plaintiff receive ibuprofen 800 mg. twice a day for two weeks for his pain. (Colburn Aff. at ¶ 25; Nichols Aff. at ¶ 25.)

25.    On January 14, 2007, the plaintiff completed an inmate sick call slip, complaining that he needed more skin ointment and that his blood pressure still was not quite right. On January 17, 2007, the plaintiff was seen by Tamara Lawson, LPN, who referred the plaintiff to see Dr. Nichols. (Colburn Aff. at ¶ 26; Nichols Aff. at ¶ 26.)

26.    On January 19, 2007, Dr. Nichols saw the plaintiff, noting the plaintiff was given some cream last week for dry skin that worked pretty well. The plaintiff stated that he still had some chest pain and burning in his lungs, which worsened when his blood pressure was up. He also complained of numbness in his left arm. The plaintiff said he used to smoke, quit for thirteen years but had started back with one-half of a pack per day. On physical examination, the plaintiff's blood pressure was 176/108, he had no jugular venous distention (JVD), his lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with hypertension and chest wall pain and ordered that the plaintiff receive Vasotec 20 mg. twice a day and HCTZ 25 mg. daily for his high blood pressure. (Colburn Aff. at ¶ 27; Nichols Aff. at ¶ 27.)

9

27.    On February 5, 2007, the plaintiff completed an inmate sick call slip, complaining of an infected prostate, chest pain and that his lungs were hurting. On February 6, 2007, he was placed on the MD list to see Dr. Nichols. (Colburn Aff. at ¶ 28; Nichols Aff. at ¶ 28.)

28.    On February 9, 2007, Dr. Nichols saw the plaintiff, who said his blood pressure had been ok but that he had a "stabbing" chest pain to the left of his sternum that was non-radiating.  He also complained of pain in his left upper arm when he lays on his left side and degenerative arthritis in his lower back and neck.  On physical examination, the plaintiff's lungs were clear, his heart was normal and he had a non-tender chest wall.  Dr. Nichols assessed him with hypertension, chest pain, history of lung abscess and degenerative disc disease with his back.  Dr. Nichols' plan consisted of arranging a stress test (G X T), ordering a chest x-ray and prescribing Motrin for his pain.  Dr. Nichols also increased the plaintiff's Elavil prescription to 100 mg twice a day.  (Colburn Aff. at ¶ 29; Nichols Aff. at ¶ 29.)

29.    On February 13, 2007, the plaintiff received a chest x-ray, which revealed changes consistent with COPD but was otherwise negative.  (Colburn Aff. at ¶ 30; Nichols Aff. at ¶ 30.)

30.    On February 15, 2007, Dr. Nichols saw the plaintiff, who complained of some dysuria for a couple of weeks off and on and some rectal discomfort.  He had no fever and stated that his mental health was not worse since the increase in Elavil.  Dr. Nichols assessed the plaintiff with prostatitis and ordered that he receive Doxycycline 100 mg twice a day for two weeks to treat same.  (Colburn Aff. at ¶ 31; Nichols Aff. at ¶ 31.)

31.    On March 1, 2007, the plaintiff underwent a nuclear medicine stress test for his heart, which revealed normal cardiac function.  (Colburn Aff. at ¶ 32; Nichols Aff. at ¶ 32.)

00006774

32.     On March 6, 2007, Dr. Nichols saw the plaintiff, who stated that he still had some pain in his left chest. He complained of some light headed spells following the stress test. The plaintiff also complained of low back pain and that his heels were really dry. He also stated that his prostate was still bothering him. On physical examination, the plaintiff's lungs were clear and his heart was normal.  Dr. Nichols assessed the plaintiff with costochondritis and back pain.  Dr. Nichols told the plaintiff that, based on the chest x-ray and the stress test, that the plaintiff's heart and chest were normal. Dr. Nichols ordered Cipro 500 mg. twice a day for ten days for his prostate complaints and Cardura 4 mgs. at night for prostate enlargement. (Colburn Aff. at ¶ 33; Nichols Aff. at ¶ 33.)

C.     **Defendants were not responsible for providing the menu for inmates.**

33.     SHP's contract with the Montgomery County Commission does not include providing meals to inmates.  Neither SHP nor Dr. Nichols has any role in the menu selected and provided for inmates.  (Colburn Aff. at ¶ 34; Nichols Aff. at ¶ 34.)

D.     **Defendants  were not deliberately indifferent to the plaintiff's medical needs.**

34.     In Dr. Nichols' medical opinion, the plaintiff was provided appropriate medication to treat his medical conditions and was examined by Dr. Nichols and the medical staff in a timely and appropriate manner in response to all of the plaintiff's sick call slips. In Nurse Colburn's opinion, the plaintiff was provided appropriate nursing care in response to his sick call slips and the medical staff responded to all of his complaints in a timely and appropriate manner. (Colburn Aff. at ¶ 35; Nichols Aff. at ¶ 35.)

35.     All necessary care provided to the plaintiff  by the SHP medical staff was appropriate, timely and within the standard of care.  (Colburn Aff. at ¶ 36; Nichols Aff. at ¶ 36.)

11

36.    On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made. (Colburn Aff. at ¶ 37; Nichols Aff. at ¶ 37.)

## VI.    LEGAL ARGUMENT

### A.    The plaintiff's claims against Dr. Nichols and SHP are due to be dismissed, because the plaintiff has presented no evidence that Defendants were deliberately indifferent to a serious medical condition.

In order to prevail under 42 U.S.C. § 1983 on his medical claim, the plaintiff must demonstrate that Defendants were deliberately indifferent to a serious medical condition. Because society does not expect that prisoners will have unqualified access to health care, deliberate indifference to medical needs amounts to an Eighth Amendment violation only if those needs are "serious." *Hudson v. McMillian*, 503 U.S. 1, 9 (1992). "A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." *Kelley v. Hicks*, 400 F. 3d 1282, 1284 n. 3 (11th Cir. 2005). Where a prisoner has received medical attention and the dispute concerns the adequacy of the medical treatment, deliberate indifference is not shown. *Hamm v. DeKalb County*, 774 F.2d 1567 (11th Cir. 1985).

Indeed, in *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the United States Supreme Court held that medical malpractice does not become a constitutional violation merely because the victim is a prisoner. Thus, the inadvertent or negligent failure to provide adequate medical care "cannot be said to constitute an unnecessary and wanton infliction of pain." (*Id.* at 105-06.) Instead, it must be shown that there was a "deliberate indifference" to the serious medical needs of a prisoner. (*Id.* at 104.)

12

In addition, an inmate does not have a right to a *specific* kind of medical treatment. *City of Revere v. Massachusetts General Hosp.*, 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; *how [a municipality] obtains such treatment is not a federal constitutional question*") (emphasis added). Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the plaintiff. See *Waldrop v. Evans*, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); *Hamm v. DeKalb County*, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although the plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), cert. denied, 475 U.S. 1096 (1986); *Westlake v. Lucas*, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "[w]here a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments.").

In this case, there is absolutely no evidence from which a jury could find that Dr. Nichols or the SHP medical staff acted with deliberate indifference to any serious medical need of the plaintiff. On the contrary, the plaintiff's medical chart clearly demonstrates that all of his medical needs were addressed in a timely and appropriate fashion. In Dr. Nichols' medical opinion, the plaintiff was provided appropriate medication to treat his medical conditions and was examined by Dr. Nichols and the medical staff in a timely and appropriate manner in response to all sick call slips. (Nichols Aff. at ¶ 35.) In Nurse Colburn's opinion, the plaintiff was provided appropriate nursing care in response to his sick call slips and the medical staff responded to all of his complaints in a timely and

13

certain special requirements for liability apply. *Edwards*, 81 F.Supp.2d at 1254-55; *McDuffie v. Hopper*, 982 F.Supp. 817, 825 (M.D. Ala. 1997). Thus, in order to prove that SHP should be liable in this case, the plaintiff would have to demonstrate that SHP itself directly caused the violation of his constitutional rights through SHP's adoption of some official policy or practice. See, *e.g., Monell v. Department of Social Services*, 436 U.S. 658, 695 (1978); *Gilmere v. City of Atlanta*, 774 F.2d 1495, 1502-03 (11th Cir. 1985). Plaintiff has failed to assert a specific allegation against SHP in his complaint, and a theory of *respondeat superior* is insufficient in any event to support a §1983 claim. Therefore, even the broad assertion that SHP was generally responsible for the acts or omissions of its medical staff would be inadequate to prove liability. For this reason, SHP is entitled to a full and final summary judgment. See, *Monell*, 436 U.S. at 691-92; *Edwards*, 81 F.Supp.2d at 1255.

**D.** **Because the plaintiff has failed to allege a physical injury, his claims are barred by the Prison Litigation Reform Act.**

Under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(e), "no federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while under custody without a prior showing of physical injury." The Eleventh Circuit has held that, "[i]n order to avoid dismissal under § 1997e(e), a prisoner's claims for emotional or mental injury must be accompanied by allegations of physical injuries that are greater than *de minimus*." *Mitchell v. Brown and Williamson Tobacco Corporation*, 294 F.3d 1309, 1312-1313 (11th Cir. 2002). In *Shabazz v. Barnausks*, 790 F. 2d 1536, 1538 (11th Cir. 1986), the 11th Circuit dismissed the plaintiff's Eighth Amendment cruel and unusual punishment claim, because the allegation of a forced shave was *de minimus*, even though the shaving caused "bleeding,

15

appropriate manner. (Colburn Aff. at ¶ 35.) Dr. Nichols and Nurse Colburn have testified that all necessary care provided to the plaintiff by Dr. Nichols and the SHP medical staff was appropriate, timely and within the standard of care and that on no occasion was the plaintiff ever at risk of serious harm nor was the medical staff ever indifferent to any complaint that he made. (Colburn Aff. at ¶ 36-37; Nichols Aff. at ¶ 36-37.)    The plaintiff has failed to present any evidence or medical testimony rebutting this testimony and, in fact, has presented no evidence that the treatment provided him by said Defendants was somehow indifferent to his needs.

**B.    Because Defendants had no responsibility for the food menu, Defendants are entitled to summary judgment on this claim.**

SHP's contract with the Montgomery County Commission does not include providing meals to inmates. (Colburn Aff. at ¶ 34; Nichols Aff. at ¶ 34.) Neither SHP nor Dr. Nichols has any role in the menu selected and provided for inmates. (*Id.*) As such, Dr. Nichols and SHP are entitled to summary judgment on plaintiff's claims that he was subjected to a nutritionally deficient menu.

**C.    SHP Is Due To Be Dismissed, Because There is No Evidence that SHP Itself Directly Caused the Violation of Any Constitutional Right Through Its Adoption of Some Official Policy or Practice.**

Precedent from the U.S. Court of Appeals for the Eleventh Circuit provides that when a private corporation contracts with a state to perform a function traditionally within the province of the state government, including the provision of medical services to state inmates, then that corporation should be treated as a governmental entity and as a person acting under color of state law within the meaning of 42 U.S.C. §1983. *Buckner v. Toro*, 116 F.3d 450, 452 (11th Cir. 1997); *Edwards v. Alabama Department of Corrections*, 81 F.Supp.2d 1242, 1254 (M.D. Ala. 2000). Although the private entity operating under such circumstances is not entitled to qualified immunity,

14

inflammation, irritation, ingrowing of hairs, infection, purulence and pain." *See also Siglar v. Hightower,* 112 F.3d 191, 194 (5th Cir. 1997) (finding that a bruised ear which lasted three days was not sufficient to support recovery under 1997e(e)); *Benson v. Carlton,* No. 99-6433, 2000 U.S. App. LEXIS 21202, at *2 (6th Cir. Aug. 9, 2000) (holding that a "whirling sensation" and missing meals did not constitute a more than *de minimus* physical injury). *Zehner v. Trigg,* 133 F.3d 459 (7th Cir. 1997) (affirmed dismissal of Eighth Amendment claim for exposure to asbestos because plaintiff failed to show any physical injury); *Allen v. Chapman,* 1999 U.S. Dist. LEXIS 6686, *6 (S. D. Ala. March 10, 1999), <u>adopted with modification on other grounds</u>, 1999 U.S. Dist. Lexis 6750 (April 27, 1999)(failure to protect claim dismissed under § 1997e(e) because no allegation of physical injury; allegation that "life was endangered and that he was almost killed" was insufficient); *Luong v. Hatt,* 979 F. Supp. 481 (N.D. Tex. 1997)(dismissing claim for failure to protect where only evidence of injury was cuts and bruises lasting no longer than two or three days which were *de minimus* and did not meet physical injury requirement); *Davis v. Dist. of Columbia,* 158 F.3d 1342 (D.C. 1998) (allegation of insomnia, appetite loss and weight loss as consequence of emotional trauma insufficient to meet § 1997e(e) physical injury requirement).

In the case at bar, the plaintiff has failed to allege any physical injury in his Amended Complaint. As such, his claims should be barred by the PLRA.

16

## VII.    REQUEST THAT SPECIAL REPORT BE TREATED AS MOTION FOR SUMMARY JUDGMENT.

### A.    <u>Summary Judgment Standard</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants move this Court to enter summary judgment in their favor, because, as is more particularly shown above, there is no genuine issue as to any material fact and they are entitled to judgment as a matter of law.

On a motion for summary judgment, the court should view the evidence in a light most favorable to the nonmovant,  However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574, 586 (1986).  Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit.  See *Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" *Reeves,* 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.  "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" *Marsh v. Butler County,* 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (*en banc*) quoting *Massachusetts School of Law v. American Bar,* 142 F.3d 26, 40 (1st Cir. 1998).

### B.    <u>Motion for Summary Judgment</u>

Defendants respectfully request that this honorable Court treat this Special Report as a motion for summary judgment and grant unto them the same.

Respectfully submitted,

Daniel F. Beasley
Robert N. Bailey, II

LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the ⟨15⟩ day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

Harold M. Abrahamsen, Jr.
Inmate No. 76171
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL  36103

Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 Lawrence Street
P.O. Box 4660
Montgomery, AL  36103-4660

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD M. ABRAHAMSEN, JR.,    )
    )
    Plaintiff,    )
    )
v.    )    2:06-CV-1039-WKW
    )
D.T. MARSHALL, *et al.,*    )
    )
    Defendants.    )

## AFFIDAVIT OF KENNETH NICHOLS, M.D.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Kenneth Nichols, M.D.**, who, after first being duly sworn by me, deposes and states as follows:

1.    My name is Kenneth Nichols, M.D. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.    I obtained my medical degree from UAB in 1982. From 1982 to 1985, I performed an internal medicine internship and residency at Baptist Memorial Hospital in Memphis, Tennessee. From July 1985 to the present, I have been in private practice in internal medicine in Prattville, Alabama. I am licensed by the State of Alabama as a medical doctor and have been so since 1985. Since 2004, I have been employed by Southern Health Partners, Inc. ("SHP") as the medical director of the Montgomery County Jail.

3.    SHP provides medical care to inmates in various jail facilities, including the Montgomery County Jail. During the entire time of plaintiff's incarceration in the Montgomery County Jail, health care services have been provided to the inmates by SHP pursuant to a contract

**EXHIBIT 1**

between SHP and the Montgomery County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, I was the medical director in the jail.

4.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

5.      As I understand the plaintiff's complaint, the plaintiff alleges that, from July 1 to July 28, 2005 and from October 21 to December 5, 2006, SHP and myself were deliberately indifferent to the plaintiff's medical needs by denying him examinations for his medical conditions and narcotic medication that had been prescribed by other medical providers. The plaintiff also claims that SHP and myself provided a nutritionally deficient menu.

6.      I have reviewed SHP's entire medical chart on the plaintiff.

7.      The plaintiff was booked into the Montgomery County Jail on July 1, 2005. A medical screening was performed on the plaintiff on July 4, 2005 by Janice Henry, LPN. It was noted that the plaintiff had a heart condition, high blood pressure and mental health problems. It was also noted that he had intestinal problems and a prior lung abscess. The plaintiff stated that he was taking HCTZ, Elavil and Lortab. The plaintiff complained of a sore on his left upper thigh, which was cultured and cleansed.

8.      On July 5, 2005, I saw the plaintiff, who complained of a sore on his left leg for one and a half weeks. His prior medical history included a lung abscess and osteoarthritis to his knees and hands. He had a laceration on his right hand and a history of myocardial infarction. On physical examination, the plaintiff's blood pressure was 149/81 and he had a 2-3 cm. diameter ulceration on

his lateral left thigh. I assessed him with a leg ulcer and a history of hypertension. My treatment plan called for him to clean his leg once a day with soap and wrap with a dressing. I ordered that he receive Keflex 500 mg., Bactrim BS and Motrin to treat his complaints.

9.    I saw the plaintiff again on July 13, 2005, and he still was complaining of problems with his left leg. The plaintiff also complained of left-sided chest pain off and on. On physical examination, I noted that the plaintiff still had an ulcer on his left lateral thigh that was healing, and that he had good pulses with both feet. I assessed the plaintiff with an ulcer to his lower leg and ordered that he receive two tablets of aspirin daily.

10.    On July 19, 2005, the plaintiff was seen by Shirley Daniels, RN, a psychiatric nurse. The plaintiff verbalized that he had been treated for mental illness in the past. A review of his past medical records indicated that he had been treated for depression with Elavil and had a history of substance abuse. Nurse Daniels noted that the plaintiff would have an evaluation by a physician.

11.    On July 20, 2005, the plaintiff underwent a history and physical performed by Janice Henry, LPN. The plaintiff noted a prior hospitalization at Baptist South and stated that he was taking aspirin daily as well as Elavil for mental health. The plaintiff gave a history of asthma, hay fever, pneumonia and heart problems.

12.    On July 23, 2005, Nurse Daniels notified the plaintiff that Dr. Sanders, a psychiatrist at UAB, had informed the medical staff about the plaintiff's depression. Dr. Sanders ordered Elavil 100 mg. at the hour of sleep for the plaintiff, and the plaintiff was scheduled to be evaluated by Dr. Sanders.

13.    On July 24, 2005, the plaintiff was seen by Dr. Sanders, whose plan consisted of continuing the plaintiff's prescription for Elavil 100 mg. at the hour of sleep.

14.    The plaintiff was released from the Montgomery County Jail on July 28, 2005.

15.     The plaintiff was again booked into the Montgomery County Jail on October 20, 2006. On October 21, 2006, Carolyn Dees, LPN completed a history and physical form on the plaintiff. The plaintiff was noted to have a past hospitalization for a lung abscess and his current medications included Lortab, Lorcet, HCTZ and Elavil.

16.     On October 26, 2006, the plaintiff completed an inmate sick call slip, complaining of cancer, depression and degenerative arthritis. He said that he needed his lung medications and that he had been taking Oxycontin, Lorcet, Lortab, HCTZ and Elavil. He claimed to have been sick for over two years. The plaintiff was seen by Cynthia Davis, LPN on the same day, who noted that the plaintiff was complaining of having asbestos on his lung. The plaintiff stated that he was taking two aspirins daily and complained of numbness in his right arm and leg. He also complained of being unable to stand a long period of time and of shallow breathing. The patient was referred to me for these multiple problems.

17.     On October 27, 2006, I saw the plaintiff. I noted that the plaintiff stated he had a myocardial infarction three years ago and was treated at Baptist South Hospital. He also gave a history of lung abscess. The plaintiff stated that he had gone to PRI-MED and was told he had cancer secondary to asbestos. The plaintiff also stated that he underwent a bronchoscope and was told he had cancer. The plaintiff complained of trouble with numbness in his arms and hands and also tenderness on the insides of both knees. He also complained of chest pain off and on. On physical examination, the plaintiff's lungs were clear and his heart was normal. I assessed the plaintiff with depression and a history of parapneumonic effusion. I ordered that the plaintiff receive Elavil 50 mg. twice a day and aspirin twice a day.

18.     On November 14, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pains and needed an examination done by a qualified, disinterested

third party. On November 16, 2006, the plaintiff was seen by Cynthia Davis, LPN, who referred him to me.

19.      On November 17, 2006, I saw the plaintiff, who complained that he was getting pain in the substernal area with radiation through to his back. The plaintiff complained of problems sleeping when he did not eat sugar and complained of pain to the left of his sternum. He also complained again of numbness in both arms and pain in his right shoulder. On physical examination, the plaintiff's lungs were clear and his heart was normal. I assessed the plaintiff with chest wall pain and back pain. I increased the plaintiff's evening dosage of Elavil to 100 mg. and ordered ibuprofen 800 mg. twice a day for two weeks for the plaintiff's pain.

20.      On December 7, 2006, the plaintiff completed an inmate sick call slip, complaining that his chest was hurting again and that he could not sleep at night. The plaintiff stated that he was sick now and that his throat and lungs felt raw. The plaintiff was seen by Carolyn Dees, LPN, who referred the plaintiff to me for follow-up.

21.      On December 8, 2006, the plaintiff completed an inmate sick call slip, complaining that his lungs felt like they were burning, that he had soreness and congestion and that he had been sick. The plaintiff was seen by Gail Colburn, LPN, who noted the plaintiff's lungs were clear, that his heart rate was regular, that there was no cough, that his skin was warm and dry and that there was no sinus congestion.

22.      On December 12, 2006, I saw the plaintiff, who complained that he still had a sharp pain on the left edge of his sternum off and on, which was non-radiating. The plaintiff also complained of a cough. On physical examination, the plaintiff's blood pressure was 180/100, his lungs were clear and his heart was normal. I assessed the plaintiff with bronchitis and hypertension.

I ordered that the plaintiff receive Doxycycline 100 mg. twice a day for ten days for his bronchitis and Atenolol 50 mg. daily for the hypertension.

23.     On December 16, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pain and that on the evening of December 15, 2006 he had received no high blood pressure medication.  The plaintiff was scheduled to be seen by medical staff on December 20, 2006 in response to these complaints, but the plaintiff refused to be treated, signing a sick call refusal form.

24.     On January 1, 2007, the plaintiff completed an inmate sick call slip, requesting to see me. On January 3, 2007, the plaintiff was seen by Cynthia Davis, LPN, who noted that the plaintiff was complaining of a burning sensation in his chest and chest pain along with chronic pain to his knee. The plaintiff requested an extension of medication and also requested to see me. The plaintiff was observed to have dry, flaky skin to his feet and scalp and inner buttock, and he wanted his Elavil increased.

25.     On January 4, 2007, I saw the plaintiff.  The plaintiff noted that he was feeling generally better and that his blood pressure was better.  The plaintiff still complained of some pain in his left chest and some pain in his interior left shoulder.  On physical examination, the plaintiff's lungs were clear and his heart was normal. I assessed the plaintiff with hypertension and chest wall pain. I ordered that the plaintiff's Atenolol be increased to twice a day and that the plaintiff receive ibuprofen 800 mg. twice a day for two weeks for his pain.

26.     On January 14, 2007, the plaintiff completed an inmate sick call slip, complaining that he needed more skin ointment and that his blood pressure still was not quite right.  On January 17, 2007, the plaintiff was seen by Tamara Lawson, LPN, who referred the plaintiff to see me.

H 000081

27.    On January 19, 2007, I saw the plaintiff, noting the plaintiff was given some cream last week for dry skin that worked pretty well. The plaintiff stated that he still had some chest pain and burning in his lungs, which worsened when his blood pressure is up. He also complained of numbness in his left arm. The plaintiff said he used to smoke, quit for thirteen years but had started back with one-half of a pack per day. On physical examination, the plaintiff's blood pressure was 176/108, he had no jugular venous distention (JVD), his lungs were clear and his heart was normal. I assessed the plaintiff with hypertension and chest wall pain. I ordered that the plaintiff receive Vasotec 20 mg. twice a day and HCTZ 25 mg. daily for his high blood pressure.

28.    On February 5, 2007, the plaintiff completed an inmate sick call slip, complaining of an infected prostate, chest pain and that his lungs were hurting. On February 6, 2007, he was placed on the MD list to see me.

29.    On February 9, 2007, I saw the plaintiff, who said his blood pressure had been ok but that he had a "stabbing" chest pain to the left of his sternum that was non-radiating. He also complained of pain in his left upper arm when he lays on his left side and degenerative arthritis in his lower back and neck. On physical examination, the plaintiff's lungs were clear, his heart was normal and he had a non-tender chest wall. I assessed him with hypertension, chest pain, history of lung abscess and degenerative disc disease with his back. My plan consisted of arranging a stress test (G X T), ordering a chest x-ray and prescribing Motrin for his pain. I also increased his Elavil prescription to 100 mg twice a day.

30.    On February 13, 2007, the plaintiff received a chest x-ray, which revealed changes consistent with COPD but was otherwise negative.

31.    On February 15, 2007, I saw the plaintiff, who complained of some dysuria for a couple of weeks off and on and some rectal discomfort. He had no fever and stated that his mental

health was not worse since the increase in Elavil. I assessed the plaintiff with prostatitis and ordered that he receive Doxycycline 100 mg twice a day for two weeks to treat same.

32.    On March 1, 2007, the plaintiff underwent a nuclear medicine stress test for his heart, which revealed normal cardiac function.

33.    On March 6, 2007, I saw the plaintiff, who stated that he still had some pain in his left chest. He complained of some light headed spells following the stress test. The plaintiff also complained of low back pain and that his heels were really dry. He also stated that his prostate was still bothering him. On physical examination, the plaintiff's lungs were clear and his heart was normal. I assessed the plaintiff with costochondritis and back pain. I told the plaintiff that, based on the chest x-ray and the stress test, his heart and chest were normal. I ordered Cipro 500 mg. twice a day for ten days for his prostate complaints, and Cardura 4 mgs. at night for prostate enlargement.

34.    SHP's contract with the Montgomery County Commission does not include providing meals to inmates. Neither SHP nor myself has any role in the menu selected and provided for inmates.

35.    In my medical opinion, the plaintiff was provided appropriate medication to treat his medical conditions and was examined by me and the medical staff in a timely and appropriate manner in response to all of his sick call slips.

36.    All necessary care provided to the plaintiff by me and by the SHP medical staff was appropriate, timely and within the standard of care.

37.    On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made.

Kenneth Nichols, M.D.

STATE OF ALABAMA          )
                          )
COUNTY OF _Autauga_       )

I, the undersigned Notary Public in and for said county in said state, hereby certify that Kenneth Nichols, M.D., whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN UNDER MY HAND and official seal on this the _13_ day of _March_, 2007.

Notary Public
My Commission Expires: _12-3-2007_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD M. ABRAHAMSEN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-1039-WKW |
| | ) | |
| D.T. MARSHALL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF GAIL COLBURN, LPN</u>

Before me, the undersigned notary public, in and for said County and State, personally appeared **Gail Colburn, LPN**, who, after first being duly sworn by me, deposes and states as follows:

1.      My name is Gail Colburn, LPN.  I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.      I obtained my LPN degree from Northwest Community College in Hamilton, Alabama in 1991. From 1999 to 2001, I was employed as an LPN at Limestone Correctional Facility in Capshaw, Alabama.  In 2001, I worked part-time as an LPN for Southern Health Partners, Inc. ("SPH") in Huntsville and Decatur, Alabama. In 2001, I worked as an LPN at Eglin Air Force Base, Fort Walton Beach, Florida. From 2003 to 2005, I was employed with the Medical Staffing Network as an LPN.  In 2005, I was employed as an LPN for two months with PHS at the Okaloosa County Jail in Crestwood, Florida.  On November 1, 2005, I was employed again by SHP as the medical team administrator at the Autauga County Metro Jail.  On May 9, 2006, I became the medical team administrator at the Montgomery County Jail in Montgomery, Alabama.

050080R

**EXHIBIT 2**

3.      SHP provides medical care to inmates in various jail facilities, including the Montgomery County Jail. During the entire time of plaintiff's incarceration in the Montgomery County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Montgomery County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, Dr. Kenneth Nichols was the medical director in the jail. Janice Henry, LPN was the medical team administrator ("MTA") in July 2005 and I have been the MTA since May 2006.

4.      When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

5.      As I understand the plaintiff's complaint, the plaintiff alleges that, from July 1 to July 28, 2005 and from October 21 to December 5, 2006, SHP and Dr. Nichols were deliberately indifferent to the plaintiff's medical needs by denying him examinations for his medical conditions and narcotic medication that had been prescribed by other medical providers. The plaintiff also claims that SHP and Dr. Nichols provided a nutritionally deficient menu.

6.      I have reviewed SHP's entire medical chart on the plaintiff, a true and accurate copy of which is attached hereto as Exhibit A.

7.      The plaintiff was booked into the Montgomery County Jail on July 1, 2005. A medical screening was performed on the plaintiff on July 4, 2005 by Janice Henry, LPN. It was noted that the plaintiff had a heart condition, high blood pressure and mental health problems. It was also noted that he had intestinal problems and a prior lung abscess. The plaintiff stated that he was

00000698

taking HCTZ, Elavil and Lortab. The plaintiff complained of a sore on his left upper thigh, which was cultured and cleansed.

8.    On July 5, 2005, Dr. Nichols saw the plaintiff, who complained of a sore on his left leg for one and a half weeks. His prior medical history included a lung abscess and osteoarthritis to his knees and hands. He had a laceration on his right hand and a history of myocardial infarction. On physical examination, the plaintiff's blood pressure was 149/81 and he had a 2-3 cm. diameter ulceration on his lateral left thigh. Dr. Nichols assessed him with a leg ulcer and a history of hypertension. Dr. Nichols' treatment plan called for the plaintiff to clean his leg once a day with soap and wrap with a dressing. Dr. Nichols ordered that the plaintiff receive Keflex 500 mg., Bactrim BS and Motrin to treat his complaints.

9.    Dr. Nichols saw the plaintiff again on July 13, 2005, and the plaintiff still was complaining of problems with his left leg. The plaintiff also complained of left-sided chest pain off and on. On physical examination, Dr. Nichols noted that the plaintiff still had an ulcer on his left lateral thigh that was healing, and that he had good pulses with both feet. Dr. Nichols assessed the plaintiff with an ulcer to his lower leg and ordered that he receive two tablets of aspirin daily.

10.    On July 19, 2005, the plaintiff was seen by Shirley Daniels, RN, a psychiatric nurse. The plaintiff verbalized that he had been treated for mental illness in the past. A review of his past medical records indicated that he had been treated for depression with Elavil and had a history of substance abuse. Nurse Daniels noted that the plaintiff would have an evaluation by a physician.

11.    On July 20, 2005, the plaintiff underwent a history and physical performed by Janice Henry, LPN. The plaintiff noted a prior hospitalization at Baptist South and stated that he was taking aspirin daily as well as Elavil for mental health. The plaintiff gave a history of asthma, hay fever, pneumonia and heart problems.

12.    On July 23, 2005, Nurse Daniels notified the plaintiff that Dr. Sanders, a psychiatrist at UAB, had informed the medical staff about the plaintiff's depression. Dr. Sanders ordered Elavil 100 mg. at the hour of sleep for the plaintiff, and the plaintiff was scheduled to be evaluated by Dr. Sanders.

13.    On July 24, 2005, the plaintiff was seen by Dr. Sanders, whose plan consisted of continuing the plaintiff's prescription for Elavil 100 mg. at the hour of sleep.

14.    The plaintiff was released from the Montgomery County Jail on July 28, 2005.

15.    The plaintiff was again booked into the Montgomery County Jail on October 20, 2006. On October 21, 2006, Carolyn Dees, LPN completed a history and physical form on the plaintiff. The plaintiff was noted to have a past hospitalization for a lung abscess and his current medications included Lortab, Lorcet, HCTZ and Elavil.

16.    On October 26, 2006, the plaintiff completed an inmate sick call slip, complaining of cancer, depression and degenerative arthritis. He said that he needed his lung medications and that he had been taking Oxycontin, Lorcet, Lortab, HCTZ and Elavil. He claimed to have been sick for over two years. The plaintiff was seen by Cynthia Davis, LPN on the same day, who noted that the plaintiff was complaining of having asbestos on his lung. The plaintiff stated that he was taking two aspirins daily and complained of numbness in his right arm and leg. He also complained of being unable to stand a long period of time and of shallow breathing. The patient was referred to Dr. Nichols for these multiple problems.

17.    On October 27, 2006, Dr. Nichols saw the plaintiff. Dr. Nichols noted that the plaintiff stated he had a myocardial infarction three years ago and was treated at Baptist South Hospital. The plaintiff also gave a history of lung abscess. The plaintiff stated that he had gone to PRI-MED and was told he had cancer secondary to asbestos. The plaintiff also stated that he

underwent a bronchoscope and was told he had cancer. The plaintiff complained of trouble with numbness in his arms and hands and also tenderness on the insides of both knees. He also complained of chest pain off and on. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with depression and a history of parapneumonic effusion. Dr. Nichols ordered that the plaintiff receive Elavil 50 mg. twice a day and aspirin twice a day.

18.    On November 14, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pains and needed an examination done by a qualified, disinterested third party. On November 16, 2006, the plaintiff was seen by Cynthia Davis, LPN, who referred him to Dr. Nichols.

19.    On November 17, 2006, Dr. Nichols saw the plaintiff, who complained that he was getting pain in the substernal area with radiation through to his back. The plaintiff complained of problems sleeping when he did not eat sugar and complained of pain to the left of his sternum. He also complained again of numbness in both arms and pain in his right shoulder. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with chest wall pain and back pain. Dr. Nichols increased the plaintiff's evening dosage of Elavil to 100 mg. and ordered ibuprofen 800 mg. twice a day for two weeks for the plaintiff's pain.

20.    On December 7, 2006, the plaintiff completed an inmate sick call slip, complaining that his chest was hurting again and that he could not sleep at night. The plaintiff stated that he was sick now and that his throat and lungs felt raw. The plaintiff was seen by Carolyn Dees, LPN, who referred the plaintiff to Dr. Nichols for follow-up.

R000098

21.     On December 8, 2006, the plaintiff completed an inmate sick call slip, complaining that his lungs felt like they were burning, that he had soreness and congestion and that he had been sick. The plaintiff was seen by me, and I noted that the plaintiff's lungs were clear, that his heart rate was regular, that there was no cough, that his skin was warm and dry and that there was no sinus congestion.

22.     On December 12, 2006, Dr. Nichols saw the plaintiff, who complained that he still had a sharp pain on the left edge of his sternum off and on, which was non-radiating. The plaintiff also complained of a cough. On physical examination, the plaintiff's blood pressure was 180/100, his lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with bronchitis and hypertension. Dr. Nichols ordered that the plaintiff receive Doxycycline 100 mg. twice a day for ten days for his bronchitis and Atenolol 50 mg. daily for the hypertension.

23.     On December 16, 2006, the plaintiff completed an inmate sick call slip, complaining that he was still having chest pain and that on the evening of December 15, 2006 he had received no high blood pressure medication. The plaintiff was scheduled to be seen by medical staff on December 20, 2006 in response to these complaints, but the plaintiff refused to be treated, signing a sick call refusal form.

24.     On January 1, 2007, the plaintiff completed an inmate sick call slip, requesting to see Dr. Nichols. On January 3, 2007, the plaintiff was seen by Cynthia Davis, LPN, who noted that the plaintiff was complaining of a burning sensation in his chest and chest pain along with chronic pain to his knee. The plaintiff requested an extension of medication and also requested to see Dr. Nichols. The plaintiff was observed to have dry, flaky skin to his feet and scalp and inner buttock, and he wanted his Elavil increased.

25.    On January 4, 2007, Dr. Nichols saw the plaintiff. The plaintiff stated that he was feeling generally better and that his blood pressure was better. The plaintiff still complained of some pain in his left chest and some pain in his interior left shoulder. On physical examination, the plaintiff's lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with hypertension and chest wall pain. Dr. Nichols ordered that the plaintiff's Atenolol be increased to twice a day and that the plaintiff receive ibuprofen 800 mg. twice a day for two weeks for his pain.

26.    On January 14, 2007, the plaintiff completed an inmate sick call slip, complaining that he needed more skin ointment and that his blood pressure still was not quite right. On January 17, 2007, the plaintiff was seen by Tamara Lawson, LPN, who referred the plaintiff to see Dr. Nichols.

27.    On January 19, 2007, Dr. Nichols saw the plaintiff, noting the plaintiff was given some cream last week for dry skin that worked pretty well. The plaintiff stated that he still had some chest pain and burning in his lungs, which worsened when his blood pressure is up. He also complained of numbness in his left arm. The plaintiff said he used to smoke, quit for thirteen years but had started back with one-half of a pack per day. On physical examination, the plaintiff's blood pressure was 176/108, he had no jugular venous distention (JVD), his lungs were clear and his heart was normal. Dr. Nichols assessed the plaintiff with hypertension and chest wall pain and ordered that the plaintiff receive Vasotec 20 mg. twice a day and HCTZ 25 mg. daily for his high blood pressure.

28.    On February 5, 2007, the plaintiff completed an inmate sick call slip, complaining of an infected prostate, chest pain and that his lungs were hurting. On February 6, 2007, he was placed on the MD list to see Dr. Nichols.

29.    On February 9, 2007, Dr. Nichols saw the plaintiff, who said his blood pressure had been ok but that he had a "stabbing" chest pain to the left of his sternum that was non-radiating. He also complained of pain in his left upper arm when he lays on his left side and degenerative arthritis in his lower back and neck. On physical examination, the plaintiff's lungs were clear, his heart was normal and he had a non-tender chest wall. Dr. Nichols assessed him with hypertension, chest pain, history of lung abscess and degenerative disc disease with his back. Dr. Nichols' plan consisted of arranging a stress test (G X T), ordering a chest x-ray and prescribing Motrin for his pain. Dr. Nichols also increased the plaintiff's Elavil prescription to 100 mg twice a day.

30.    On February 13, 2007, the plaintiff received a chest x-ray, which revealed changes consistent with COPD but was otherwise negative.

31.    On February 15, 2007, Dr. Nichols saw the plaintiff, who complained of some dysuria for a couple of weeks off and on and some rectal discomfort. He had no fever and stated that his mental health was not worse since the increase in Elavil. Dr. Nichols assessed the plaintiff with prostatitis and ordered that he receive Doxycycline 100 mg twice a day for two weeks to treat same.

32.    On March 1, 2007, the plaintiff underwent a nuclear medicine stress test for his heart, which revealed normal cardiac function.

33.    On March 6, 2007, Dr. Nichols saw the plaintiff, who stated that he still had some pain in his left chest. He complained of some light headed spells following the stress test. The plaintiff also complained of low back pain and that his heels were really dry. He also stated that his prostate was still bothering him. On physical examination, the plaintiff's lungs were clear and his heart was normal.    Dr. Nichols assessed the plaintiff with costochondritis and back pain. Dr. Nichols told the plaintiff that, based on the chest x-ray and the stress test, that the plaintiff's heart

and chest were normal. Dr. Nichols ordered Cipro 500 mg. twice a day for ten days for his prostate complaints and Cardura 4 mgs. at night for prostate enlargement.

34.    SHP's contract with the Montgomery County Commission does not include providing meals to inmates. Neither SHP nor Dr. Nichols has any role in the menu selected and provided for inmates.

35.    In my opinion, the plaintiff was provided appropriate nursing care in response to his sick call slips and the medical staff responded to all of his complaints in a timely and appropriate manner.

36.    All necessary care provided to the plaintiff by the SHP medical staff was appropriate, timely and within the standard of care.

37.    On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made.

H560000

_____
Gail Colburn, LPN


STATE OF ALABAMA          )
                          )
COUNTY OF  Autauga        )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Gail Colburn, LPN, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the 13 day of March, 2007.

_____
Notary Public
My Commission Expires:  12-3-2007

000094A

2A

## ADMISSION QUESTIONS-MEDICAL

OFFICER/INMATE INTAKE QUESTIONNAIRE

Last Name: Abrahamsen    First Name: Harold    Middle: Martin

Sex: M    Social Security No.: 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

Intake Date: 7-1-05    Time AM/PM: 12:25

DOB: 6/8/59

Allergies: 

Currently Under Physician Care for: 

## HAS A PHYSICIAN TOLD YOU THAT YOU HAVE, OR HAVE BEEN TREATED FOR:

| Condition | Yes | No | | Condition | Yes | No |
|---|---|---|---|---|---|---|
| Alcoholsim | Yes | (No) | | Seizures | Yes | (No) |
| Astham | Yes | (No) | | Sickle Cell Anemia | Yes | (No) |
| HighBlood Pressue | (Yes) | No | | Suicide Attempts | Yes | (No) |
| Diabetes | (Yes) | (No) | | Venereal Disease(s) | Yes | (No) |
| Drug Addiction | Yes | (No) | | Tuberculosis | Yes | (No) |
| Cancer | Yes | (No) | | Eye Problem | Yes | (No) |
| Heart Problems | (Yes) | No | | Other: | | |
| Hepatitis | Yes | (No) | | | | |
| Ulcers | Yes | (No) | | | | |
| Kidney Problmes | Yes | (No) | | Female: | Yes | No |
| Intestinal Problems | (Yes) | No | | Reproductive Problems | | |
| Mental Health | Yes | (Yes) | | | | |

Do you wear glasses or contacts? (Yes) No

Weight Loss (greater than 20 pounds in last 3 months) Constant Cough (Yes) No

Have you been in the hospital in the past 6 months? (Yes) No   Why? Clapps Lups

Are you on any current medications? (Yes) No  If yes,what? Elivil - Loartae, Hct,

Female:    When was your last menstrual period? 

## OFFICER OBSERVATION /VISUAL EXAM:

The inmate showing signs of trauma or injuries: Yes No    If yes, where: Says has spider bite on Left Leg

How does the inmate state the injury occurred? 

The name a suicide risk:    Yes (No)

Inmate appear to be under the influence of drugs or alcohol: Yes (No)

Are there signs of drug or alcohol withdrawal:    Yes (No)

Officers's Name/Signature _____    Date 7-1-05    Time 

## INMATE VERIFICATION AND CONSENT:

We answered all questions truthfully. I have been told and shown how to obtain medical services while incarcerated.. I hereby give my consent and authorize health services to be provided to me by and through Southern Health Partners, Inc., the on-site medical provider. I further authorize the release of any and all medical records and/or treatment information be released to the designated healthcare provider within this facility, as well as transfer of this information to the next jurisdiction if any.

Inmates's Signature _____    Date: 7-1-05

H560000

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

LAST NAME: Abrahamsen    FIRST NAME: Harold    MIDDLE:    BIRTH DATE: 7.4.05    SCREENING DATE: 7.4.05    TIME AM/PM: 10:04pm

PREVIOUS INCARCERATIONS: No

SEX: M    SOCIAL SECURITY NO. 504.04.1094    DOB: 6.8.59

CURRENT INSURANCE COVERAGES? No

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION? Dr. Whitacre

## VISUAL / MEDICAL OBSERVATION: *(Explain all "Yes" Answers)* Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | (N) |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | Y | (N) |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y | (N) |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | (N) |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | (N) |

## ASK THE INMATE THESE QUESTIONS: *(Explain all "Yes" answers)*

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers or other conditions? Other: intestinal problem, lung abcess | (Y) | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: HCTZ, Enal 25mg (crja) | (Y) | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: NKA | Y | (N) |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y | (N) |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | Y | (N) |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: August (OB). 2004 | (Y) | N |
| Have you ever considered or attempted suicide? If yes: | Y | (N) |
| Do you have a painful dental condition? If yes: | Y | (N) |
| Are you on a specific diet prescribed by a physician? If yes: High Protein | (Y) | N |
| Do you use drugs? How often? What kind?  Last time? How much? | Y | (N) |
| Do you use alcohol? How often? What kind?  Last time? How much? | Y | (N) |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | (N) |

## NOTE VITAL SIGNS:

| Respiration: | Pulse: 57 | Temperature: 98.6 | Blood Pressure: 136/76 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? yes

ARE ALL STATED CHRONIC CONDITIONS NOTED: yes

PPD IMPLANTED?   Y   OR   N    ARM LOCATION: R   OR   L    IS H&P SCHEDULED FOR 14 DAYS: yes

REMARKS: I/M states he was on pain meds, & BP meds. along c Enal 25mg meds. Wife started to spiderbite

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature    Date: 7.4.05

Interviewer's Signature and Title:    Date: 7.4.05

H960000



**SOUTHERN HEALTH PARTNERS**

## MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (ID/NID), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name: (Last/First/Middle) Abrahamsen Harold

ID#_____ DOB 6/8/59 Sex M Intake Date_____

| Date Problem Identified | Chronic Problem | Assessment by Medical (Note nurses initials) | Vital Signs T P B/P R | Date Resolved | MD Initials |
|---|---|---|---|---|---|
| 7/19 | M H I | see nurse note | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |
| | | | | | ◯ |

PPD Test Date:_____    H & P Completed:_____

BL60000

# ADMISSION DATA — HISTORY AND PHYSICAL FORM

Intake Date: 7-1-05

Exam Date: 7-20-05

S.S.#: 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

Inmate Name: Abrahamson (Last) Harold (First) M (Middle)

Alias: ___

Date Booked: 7-1-05

Address: 4100 Cossedalpory Rd (Street) ___ (City) ___ (State) ___ (Middle)

County: ___

Telephone: ___

Birthdate: 60859

3-d10

Religion: Christian (Zip)

Education Completed: 12th

Special Education: ___

Marital Status: (S) M W D Separated

Read/Write English: (YES) NO Other: ___

Previous Incarcerations: (Facility/Date) Yes

## MEDICAL HISTORY

Notify in Emergency: Ona Blackwell

Friend (Relationship)

Address: 158 Bellhmanor Dr (Street) Prattville (City) Al (State) 36067 (Zip) Phone: 30-1496

Health Insurance: ___ (Type of Insurance)

Family Physician: ___ (Name) ___ (Street Address) ___ (City) ___ (State) ___ (Policy Number)

(City) (State) (Zip) (Phone Number)

Past Hospitalizations (include surgeries): Yes

Baptist South (Location) ___ (Street Address) ___ (City) ___ (State) ___ (Zip)

Head Injury with Loss of Consciousness: No

Last Tetanus: 04

Immunization: Yes

Allergies: No

Current Medication(s): ASA daily

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES (NO) If Yes, Why: ___

Where: ___ (Location) ___ (Street Address) ___ (City) ___ (State) ___ (Zip) When: ___

Psychotropic Meds (Specify type and last dose): 3mg 4 times Daily Elival (Date)

Prior Counseling/Out-Patient Treatment for: No

Where: ___ (Location) ___ (Street Address) ___ (City) ___ (State) ___ (Zip) When: ___

Have you ever attempted suicide: No How: ___ When: ___ (Date)

Have you recently considered committing suicide? No When: ___ (Date)

Have you ever been arrested for a violent crime/sexual offense? (Specify) No

Street drugs: No (Type-Quantity) (How Often) (How Long)

Smoker: No Etoh: No (Type) (Type-Quantity) (How Often) (How Long)

Inmate's Signature: ___

Interviewer's Signature: ___ Date: 7-20-05

Witness: (If physical is refused): ___ Date: 7-20-05

Date: ___

PROGRESS NOTES

| Date/Time | Inmate's Name: Abrahamson Hadd   D.O.B. 08 89 S.S.#: 524 04 7094 |
|---|---|
| ?/?/05 | I'm in medical site to LT thigh was cultured site was cleansed + dsg applied release of medical information was faxed to Baptist South Hosp. of Dr @ UAB on nardwlane W may. —————— Jami LP |
| 7/5/05 | Has had a sore on his leg 1½ wks. |

PMH: lung abscess
       OA knees + hands

       Laceration @ hand
       H/o MI - last year.

PE: / BP 149/81.
       2-3 cm diameter ulceration
       lateral ® Thigh.

A: leg ulcer.
   H/o HTN

Plan → clean once daily E ??? E soap
                + dress

| 7/13/05 | Still has trouble with his leg. Left Thigh feels funny. Feet + hands tend to get so cold a lot. Has some ® sided chest pain off + on |

PE: / ulcer lateral ® Thigh healing
       Good pulses both feet.

A: ulcer leg

Plan → ↑↑ ASA daily.

B660000

PROGRESS NOTES

| Date/Time | Inmate's Name: Abrahamson, Harold D.O.B.: 6/8/55 S.S.#: 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 |
|-----------|------------------------------------------------------------------|
| 7-19-05 | Verbalized that he has been treated for mental illness in past - Review of record indicate I/M treated for depression c Elavil An hx history of substance abuse - will have Evaluation by M.D. _____ [signature] |
| 2-23-05 | Inmate informed that Dr. Souder was informed regarding his depression and he will continue on Elavil 100 mg g hs tonight - will be evaluated my M.D. next Friday. _____ [signature] |
| 7/29 | Saw M.D. continue Elavil 100mg ho ghs [signature] |

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.

0001008

**UAB SCHOOL OF MEDICINE**
**MONTGOMERY INTERNAL MEDICINE CLINIC**
**PROGRESS NOTE**

HAROLD ABRAHAMSON
DOB:      06/08/1959
WILLIAM J. VON TAAFFE, M.D.
ATTENDING PHYSICIAN: WILLIAM L. MCGUFFIN, M.D.
07-08-04

CHIEF COMPLAINT: Chest wall pain and right upper extremity pain.

HPI: Mr. Abrahamson is a 45 year-old Caucasian male with a past medical history of pulmonary abscess treated in January of this year, who complains of continued chest wall pain, described as "breaking the chest". The patient states that this pain is unchanged from the previous few months. The patient reports some pain in his right upper extremity, which is described as burning and constant, which radiates down the posterior aspect of his right arm. The patient also gives a history of several motor vehicle accidents including some trauma to his neck and lower back. The patient reports increasing stressors and depression in the past few months. The patient has had several of his family members leave town and some have recently passed away. The patient reports being on Elavil in the past for depression after having lost his job. The patient also complains of a new onset of migraine headaches. He had a history of migraines approximately 10 years ago. The patient states that these migraines are left sided and occasionally involve the left eye. He states that he sometimes has some associated tinnitus. The patient reports he continues to smoke cigarettes, but desires to quit.
ALLERGIES: Penicillin.

CURRENT MEDICATIONS: None.

ROS: The patient reports some weight gain; he usually weighs 180. Reports good appetite. No fever or chills. The patient reports generalized fatigue, denies night sweats. SKIN: No rashes or skin discoloration. HEAD: The patient does report some left-sided migraine headache. No dizziness, mass, or seizure. EYES: Some diplopia with headaches. No eye pain. EARS: Reports some tinnitus associated with migraine headaches. Denies any vertigo or hearing loss. NOSE: No nose bleeds or sinus disease. No discharge. MOUTH AND THROAT: Denies any hoarseness or throat pain. RESP: No cough; reports shortness of breath with minimal exertion. CV: Reports some right-sided chest wall pain which is greatest at maximal inspiration. Denies orthopnea, paroxysmal nocturnal dyspnea. He has severe dyspnea on exertion; he is unable to climb even ½ flight of stairs without severe dyspnea. Denies claudication, edema, or history of valvular disease. GI: No dysphagia, abdominal pain, nausea, vomiting. No diarrhea, constipation, melena or hematochezia. GU: No dysuria, frequency, hesitancy, hematuria or discharge. ENDO: No polyuria, polydipsia, skin or hair changes or heat intolerance. MUSCULOSKELETAL: The patient complains of some right arm pain which radiates down the posterior aspect of the right arm as well as radiation to the cervical spine as well as some associated myalgias in the right upper extremity and neck. SKIN/LYMPHATIC: No easy bruising, no lymphadenopathy. NEUROLOGICAL/PSYCHIATRIC: The patient reports some generalized weakness. Denies any history of seizure or memory change. The patient reveals a history of depression and reports that the depression increases with increasing life stressors. The review of systems is otherwise negative.

**PHYSICAL EXAMINATION**

GENERAL: The patient is a well-nourished, Caucasian male with diminished appetite.
VITAL SIGNS: T: 97.7; P: 80; R: 18; BP: 140/90; WT: 178.6.
HEENT: PERRLA, EOMI. Oropharynx is pink and moist without exudates. The patient has poor dentition.
NECK: No JVD, mass, palpable thyromegaly or lymphadenopathy.
CV: S1 and S2 audible. RRR. No murmurs, rubs, or gallops. The patient has some palpable chest wall tenderness on the right side.
LUNGS: Good air entry. Clear to auscultation, bilaterally. No rhonchi, rales, or wheezing.
ABDOMEN: Soft, nontender, nondistended. Positive bowel sounds. There is no palpable organomegaly or mass.
EXTREMITIES: The patient has normal range of motion in all extremities. There is some joint laxity of the right shoulder. There is some pain of the right shoulder joint.
NEUROLOGICAL: Alert and oriented x 3. Deep tendon reflexes and sensorium are intact. Cranial nerves II - XII grossly intact. Muscle strength is 5/5 and equal bilaterally.
PERTINENT LABORATORY STUDIES: Chest X-ray on April 5, 2004 revealed normal bony structures, no cardiomegaly. Some fibrotic changes of the right lower lobe without effusion in the costophrenic angles.

**A/P**

1.   Chest pain. The patient has a history of lung abscess. There is some palpable chest wall tenderness. May be costochondritis. The patient complains of continued shortness of breath. He has a history of cigarette smoking and COPD which would explain the dyspnea on exertion. The patient will continue to take NSAIDs for the chest wall pain. Will prescribe a Combivent inhaler.

2.   Right arm pain. The patient has a history of multiple neck injuries and MVA. This may represent a cervical radiculopathy. The patient will follow up in the Lister Hill Clinic for C-spine X-ray and the patient will receive Elavil which may help with neuropathic pain.

3.   COPD. The patient received Combivent MDI. Will have PFT performed and will discontinue tobacco use.

4.   Anemia. This is secondary to chronic disease. The patient will have an H&H checked.

5.   Depression. The patient will receive a prescription for Elavil, which he received in the past for depression. We will consider changing to Wellbutrin to aid in cessation of smoking. The patient is ready to commit to stop smoking.

6.   Hypertension. The patient's blood pressure has been elevated the last three office visits and therefore we will begin antihypertensive agents. Received a prescription for Benicar 20/12.5 mg 1 tablet P.O. q day.

7.   Headaches. The patient has a history of migraine headaches. This may be secondary to increased stress as a trigger. The patient will take Tylenol and also received Elavil.

8.   Preventative medicine: the patient will have a fasting lipid panel performed. He was educated on that and smoking cessation, diet and also received a Pneumovax.

9.   The patient will follow up at Lister Hill Clinic where he will have his laboratory work performed.

10.  The patient was seen in examination with my attending physician, William L. McGuffin, M.D., who agreed with my assessment/plan.
WJVT/aco
d: 07-08-04
t: 07-09-04
ATTENDING'S STATEMENT:
Refer to handwritten notes in the chart.

_William J. von Taaffe, M.D._
William J. von Taaffe, M.D.

_M. McGuffin_
William L. McGuffin, M.D.

0001011A

UAB ... of Alabama School of Medicine
... Internal Medicine Residency Program
43... w ...e Road
Montgomery AL 36116   (334) 264-5211

Date: CY-05-04

**Patient Name:** Harold Abrahamsen

**Age:** 44  **Wt:** 174.3  **Pulse:** 69  **Resp:** 17

**Allergies:** NKDA

**Temp:** 97.1  **B.P.:** 132/92

**Present Complaint:** Feeling pain in your right lung, shortness of breath. Diarrhea since he got out of hospital. % Continuing "brick movering" in ® lung / middle and radiating to ① side. % Exertional dyspnea. Reports being winded. Complains is "excruciating" does not effect sleep but "bothersome" dull pain, constant 9.5/10 in intensity. Pt. does not take anything for pain. Ibuprofen relieves HA but not chest wall pain. Occasional ① sided CP.

**Review of Systems:**

C/P: CP as above. Constant SOB.
GI: Diarrhea. Hx of Clostridium's TX.
GU: ∅
Endo: ∅
Neuro: ∅
M/skeletal: muscle aches, arthritis, neck pain 2° MVA
ENT:

**Current Medications:**
1.
2.  NONE
3.  ∅
4.
5.
6.
7.

**PHYSICAL:**

HEENT: PERRLA, oral mucosa pink, moist ∅ exudates
Chest: Symmetric
Heart: S₁ S₂ ⊕ RRR, ∅ murmur
Lungs: ↓ Breath sounds ®LL; ∅ crackles.
Abdomen: benign
Extremities: Multiple abrasion heals. ∅ edema, clubbing or cyanosis.
Genitourinary: ∅
Rectal: ∅
Neurologic: AAOx3 MS 5/5 equal Bft.

**Pertinent Laboratory:**

**Assessment and Plan:**

① ® Chest pain - pt c̄ hx of lung cancer / RLL empyema. Finished complete course of Abx. Repeat CXR. ① sided CP. Hx of dysp. LVH and "abnormal EKG." ✓ EKG. ✓ MD.

② Anemia 2° #1. Follow CBC.

③ ↑ LFT. Pt c̄

④ Tobacco use - Pt. continues to smoke "black and milds" and "Newports." Encourage smoking cessation.

⑤ Diarrhea - ✓ Fecal studies.

⑥ Preventative - ✓ FLP

⑦ If CP recurs - Go to ED immediately.

⑧ Chronic bilateral knee and back pain. - ✓ SAIDs. ✓ Xrays?

⑨ BP ↑ - Single ↑ value. Follow. If cont. ↑. Treat to goal <130/80. Se No drug abuse. ✓ UDS

⑩ Social Services - Refer to Carter Hill.

Attending: Agree c̄ Dr. Von Taeffe

1. CP/SOB - EKG, CXR. ?Stress test?
2. Diarrhea - ✓ stool studies    TCA
3. Back pain - Pain management VS Neuro
4. Decrease abuse - Curable
5.
6. ↑ BP. Cont. to follow. Anemia - ACD.

**Return visit:** 3 months

**Physician's Signature:** William V... MD

**Attending Physician's Signature:** Randy ... dvp

000102A

William J. von Taaffe, MD

**UAB SCHOOL OF MEDICINE**
MONTGOMERY INTERNAL MEDICINE CLINIC
**PROGRESS NOTE**

**HAROLD ABRAHAMSON**
**DOB: JUNE 8, 1959**
**WILLIAM J. VON TAAFFE, M.D.**
**ATTENDING PHYSICIAN: JEWELL HALANYCH, M.D.**
1-29-04

**CHIEF COMPLAINT:** Follow up visit after discharge from the hospital for pulmonary abscess.

**HPI:** Mr. Abrahamson is a 44 year-old Caucasian male recently discharged from BMC, at which time he was diagnosed with pulmonary abscess and states since that time he continues to have copious amounts of greenish sputum which has increased over the past couple of days. The patient states it is associated with a nagging cough, but reports that the night sweats have resolved. Currently, the patient reports having localized paresthesias over the right lung field. In general, the patient states he feels much better, he has much more energy and is less dyspneic on exertion. The patient is at the end of his current antibiotic regimen.

**ALLERGIES:** The patient reports an allergy to Penicillin, but this is questionable as he states he has never received Penicillin, only his mother used to tell physicians he is allergic to this drug.

**CURRENT MEDICATIONS:** Clindamycin 450 mg P.O. q 6 hours; Ultracet 37.5/325 mg tablets 1 tablet P.O. q 6 hourly PRN for pain.

**ROS: GENERAL:** The patient reports better appetite. He states that he still has not regained the 10 pounds that he lost over the past 2 months. He reports occasional fatigue, but states that the night sweats have resolved. **SKIN:** The patient denies any rashes or skin discolorations. **HEENT:** He denies any dizziness, no history of seizure. Eyes without visual change or eye pain. Ears without tinnitus, vertigo or hearing loss. Nose without nose bleeds, discharge or sinus disease. Mouth and throat reveals that he has poor dentition and needs to see a dentist. He denies any hoarseness or throat pain. **RESP:** The patient reports improvement on the dyspnea on exertion, but states that he still has copious amounts of some greenish colored, foul-smelling sputum. **C/V:** The patient denies any chest pain, orthopnea, paroxysmal nocturnal dyspnea, improvement on the dyspnea on exertion, denies any claudication, edema or valvular disease. **GI:** The patient denies any dysphagia, abdominal pain, nausea, vomiting, hematemesis, or hematochezia. **GU:** The patient denies any dysuria, frequency, hesitancy, hematuria, discharge. **ENDO:** No polyuria, polydipsia, skin or hair change, or heat intolerance. **MUSCULOSKELETAL:** There is no joint pain, swelling, arthritis or myalgias. **SKIN/LYMPHATIC:** No easy bruising, lymphadenopathy. **NEUROLOGICAL/PSYCHIATRIC:** No weakness, seizure, memory changes. The patient reports a history of depression. Review of systems is otherwise negative.

**PHYSICAL EXAMINATION**

**GENERAL:** Mr. Abrahamson is a 44 year-old Caucasian male. He is thin, appears in no acute distress.

**VITAL SIGNS:** T: 98.1; P: 76; R: 18; BP: 120/80; WT: 168.

**HEENT:** PERRLA, EOMI. Oral mucosa is pink and moist without exudates. The patient has halitosis and poor dentition and possible periodontal disease.

**CHEST:** There is no reproducible pain on palpation of the chest.

**CV:** S1 and S2 positive. RRR. No murmurs, rubs, or gallops.

**LUNGS:** Clear with a few scattered rhonchi over the right lower lobe base.

**ABDOMEN:** Soft, nontender, nondistended. Positive bowel sounds. No organomegaly.

**EXTREMITIES:** No clubbing, cyanosis, or edema. Pulses are equal.

**RECTAL:** Deferred.

**NEUROLOGICAL:** The patient is alert and oriented x 3. Deep tendon reflexes are intact. Muscle strength is 5/5 and equal in all extremities. Cranial nerves II - XII grossly intact. Afocal.

**A/P**

1. Lung abscess/right lower lung empyema. The patient continues to have a productive cough and is currently afebrile. We will continue antibiotic therapy with Clindamycin and add a third generation Cephalosporin for 10 days. When the patient returns in 2 weeks, we will repeat a chest X-ray to assess resolution of the abscess.
2. Anemia. Secondary to #1. The patient will have a repeat CBC on presentation. We will check a ferritin level to rule out anemia or chronic disease. This likely will be mildly elevated due to the inflammatory response associated with the abscess.
3. Hyperalbuminemia. This is secondary to #1. We will maximize the patient's nutritional status.
4. Elevated liver function test. The patient gives a history of elevation of liver function tests. We will recheck LFT on the next presentation. It is likely they are elevated due to the chronic lung abscess.
5. Tobacco abuse. The patient was counseled to quit smoking.
6. Preventative: the patient has an increased risk for CAD. Family history of MI, he uses tobacco; therefore we will check a fasting lipid panel on the next visit and begin a statin medication if necessary.
7. The patient will follow up in the clinic in one month.
8. The patient was seen and examined with Jewell Halanych, M.D. who concurs with my assessment/plan.

WJVT/aco
d: 1-29-04
t: 1-30-04
ATTENDING'S STATEMENT:
Refer to handwritten notes in the chart.

William J. von Taaffe, M.D.

Jewell Halanych, M.D.

0001030

**UAB SCHOOL OF MEDICINE**
**MONTGOMERY INTERNAL MEDICINE CLINIC**
**PROGRESS NOTE**

HAROLD ABRAMSON
RASHMI CHHABRA, M.D.
ATTENDING PHYSICIAN: JEWELL HALANYCH, M.D.
1-13-04

**HPI:** Mr. Abramson is a 44 year-old white Caucasian male. He is a plumber by occupation. He was seen by Anita R. Smith, M.D. on admission to BMC, South in December. He was discharged from the emergency department with a diagnosis of pneumonia. At that time, he presented with complaints of pain in the right side of the chest. The patient comes in today with a complaint of fever with chills for the past three weeks. He has been taking Ibuprofen to keep the fever down. He has a history of old smelling phlegm, yellow in color, for the past one day. There is no history of hemoptysis. The patient also gives a history of chest pain in the right lower chest, which was radiating down to the back. It increases with coughing. There is no history of any shortness of breath, palpitations, GI or GU complaints. The patient does give a history of increased ALT on the blood work. The patient is a plumber. He was given a prescription for Levaquin on his discharge from the ER on December 19th, but he was unable to afford the prescription, so we will need a prescription for 5 days.

**CURRENT MEDICATIONS:** None.

**PHYSICAL EXAMINATION**

**VITAL SIGNS:** WT: 154; P: 105; BP: 100/60; R: 24; T: 100.1. O2 saturation on room air is 96%.

**HEENT:** Atraumatic, normocephalic. PERRLA, EOMI.

**CV:** S1 and S2 positive. Pansystolic murmur is present. Tachycardia.

**LUNGS:** There is decreased air entry on the right side of the chest. There are right interscapular bronchial breath sounds.

**ABDOMEN:** Soft, nontender, nondistended. Positive bowel sounds.

**EXTREMITIES:** No clubbing, cyanosis, or edema.

**NEUROLOGICAL:** No acute focal neurological deficits.

**A/P**

1.  He has a lung infection. With inadequate treatment, I am fearing it might have resulted in a lung abscess because of the foul-smelling phlegm and fever and chills for the past 3 weeks. His O2 saturation on room air is 96%. He has a borderline blood pressure of 100/60 with unresolving fever. I think the patient needs admission. I have notified Luis F. Zegada, Sr., M.D. and also the ER physician for his arrival in the ER. The patient has been referred to the ER.

2.  The patient has murmur. The patient gives a previous history of murmur, but I am not able to appreciate it very well because of the tachycardia. The patient has a heart rate of 105 BPM. The patient has no past medical history of infective endocarditis, but in view of the patient having a previous history of drug abuse (crack/cocaine), I am worried about infectious endocarditis. The patient has been sent to the ER and might need admission.

3.  When the patient is discharged from the hospital this time, he can see Anita R. Smith, M.D..

RC/aco
d: 1-13-04
t: 1-14-04

ATTENDING'S STATEMENT:
Refer to handwritten notes in the chart.

Rashmi Chhabra, M.D.

Jewell Halanych, M.D.

H001044

## UAB SCHOOL OF MEDICINE
## MONTGOMERY INTERNAL MEDICINE CLINIC
## X-RAY REPORT

**HAROLD ABRAHAMSEN**
**WILLIAM J. VON TAAFFE, M.D.**
**ATTENDING PHYSICIAN: JEWELL HALANYCH, M.D.**
**4-05-04**

**CHEST X-RAY (PA AND LATERAL):** Radiogram shows normal bony structures. No cardiomegaly. There appear to be some fibrotic changes in the right lower lobe. No effusion noted in the costophrenic angles.

WJVT/aco
d: 05-14-04
t: 05-15-04
ATTENDING'S STATEMENT:
Refer to handwritten notes in the chart.

William J. von Taaffe, M.D.

Jewell Halanych, M.D.

000185A

Name: Harold Abrahansen
ID: 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
Sex: Male
BP:

Weight: lbs
Height: inches
Age: 44 Years
Comments: Unconfirmed Report

UAB Montgomery Internal Medicine
Req. Physician: VONTAAFFE
Technician:
History:
Medication:
Date of Report: 04/05/04
Reviewed By:
Review Date:

15:21:24

| | | | |
|---|---|---|---|
| Rate: | 68 | BPM | Interpretation: |
| PR: | 124 | msec | Sinus Rhythm |
| QT/QTc: | 410/424 | msec | P/QRS - 1:1, Normal P axis, H Rate 68 |
| QRSD: | 97 | msec | WITHIN NORMAL LIMITS |
| P Axis: | 58 | | |
| QRS Axis: | 69 | | |
| T Axis: | 66 | | |

000106A



Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON

Midmark Diagnostics Group

Page 1 of 1

Version 6.3.0

ECG Analysis Ver. 6.3.0

Print Date: 04/05/04    15:21:51



SOUTHERN
HEALTH
PARTNERS

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: __Baptist Hosp. South__     **FAXED** By: _____ Date: 7·5·05

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

> Summary of positive findings, most recent history, physical exam including any diagnostic tests;
> Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
> Hospital discharge summary for any/all hospitalization(s);  Laboratory and/or Special Study Reports;
> Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
> future treatment plans;  Other Records:_____

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law.  Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents         ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
to the following address:          County Name:          `COUNTY JAIL
                          Street Address: 250 S. McDonough St.
                          City/State/Zip: Mqual 36104  Fax: 334·832·7268

Patient Name: Abrahamson Harold                 Birth Date 6·8·59

Social Security Number: 54·04·1094  Dates of Service(s): 5/6   05

Inmate's Signature _____                 Date: 7·4·05

Witness: Harry Un _____                  Date: 7·4·05

00010?A

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for:  the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution.  Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

**SOUTHERN HEALTH PARTNERS**

Corporate Office: 3712 Ringgold Rd., #364 Chattanooga, TN 37412
Corporate Phone: 423•553•5635     Corporate Fax 423-553-5645

# FAX TRANSMITTAL

*Confidential Transmission by SHP*

FAX TO: Baptist Hosp. South
(Medical Records)

Fax #: 286·3343

FROM: L. Lee

Jail Medical Unit

From Site Name: MCDF # 1010     City/State M mtg, AL.

From Site Phone # 832-2542     From Site Fax # 832-7748

DATE: 7.5.05     PAGES: 2 includes cover page
*(if you have not received all of the pages, please contact me immediately)*

☐ For Your Information     ☑ Needs Immediate Response/Action     ☐ Please call me

Message(s): Re: Abrahamsen Harold SS# 524.04.1094

H881000

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.

SHP Fax Transmittal

*SHP...Your Partner in Affordable Inmate Healthcare*

**FAXED** Date: 7.5.05



SOUTHERN
HEALTH
PARTNERS

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: Dr. Vonta                                    # 284-5211
UAB South narrawlane

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility.  Such information may include the following items:

> Summary of positive findings, most recent history, physical exam including any diagnostic tests;
> Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
> Hospital discharge summary for any/all hospitalization(s);  Laboratory and/or Special Study Reports;
> Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
> future treatment plans;  Other Records:_____

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law.  Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents          ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
to the following address:          County Name:          COUNTY JAIL
                                   Street Address: 250 S. McDaguch St
                                   City/State/Zip: Mayal 36104  Fax: 832-7708

Patient Name: Abrahamsen Hardd                    Birth Date: 10-8-59
Social Security Number: 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   Dates of Service(s): June/July 05
Inmate's Signature: _____          Date: 7.4.05
Witness: _____                     Date: 7.4.05

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for:  the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution.  Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

AB001098

**SOUTHERN HEALTH PARTNERS**

Corporate Office: 3712 Ringgold Rd., #364  Chattanooga, TN 37412
Corporate Phone: 423•553•5635    Corporate Fax  423-553-5645

# FAX TRANSMITTAL

*Confidential Transmission by SHP*

FAX TO:  Dr. WM Vonta    Fax # 284-5216

FROM:  L. Lee
                                                            Jail Medical Unit
From Site Name: Mmtg. Co. Det. Facility    City/State Mmtg, AL.
From Site Phone # 832-2542    From Site Fax # 832-7768
DATE:  7·5·05    PAGES: 2, includes cover page
*(if you have not received all of the pages, please contact me immediately)*

☐ For Your Information    ☑ Needs Immediate Response/Action    ☐ Please call me

Message(s): Re: Abrahamson, Harold SS# 524.04.1094

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.

SHP Fax Transmittal
*SHP...Your Partner in Affordable Inmate Healthcare*    Page: 1

3035

**SOUTHERN HEALTH PARTNERS**

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY**

To: Dr. Vonta                    # 784-5211
UAB South narraulane

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

> Summary of positive findings, most recent history, physical exam including any diagnostic tests;
> Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
> Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports;
> Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
> future treatment plans; Other Records:_____

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the ongoing provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents          ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
to the following address:    County Name: COUNTY JAIL
                             Street Address: 250 J. McDonough St.
                             City/State/Zip: Miami 36104   Fax: 832. 7708

Patient Name: Abrahamsen Harold          Birth Date: 6.8.59
Social Security Number: 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   Dates of Service(s): June/July 05
Inmate's Signature: _____          Date: 7.4.05
Witness: _____               Date: 7.4.05

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose health information about those individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

000111A

8107946

ABRAHAMSEN, HAROLD ""
B0401300695
B000377167


ADMISSION DIAGNOSIS: COMMUNITY ACQUIRED PNEUMONIA

DISCHARGE DIAGNOSIS:
1. PERIPNEUMONIC EFFUSION WITH EMPYEMA
2. ANEMIA SECONDARY TO #1
3. HYPOALBUMINEMIA SECONDARY TO #1
4. POLYSUBSTANCE ABUSE
5. INCREASED LIVER FUNCTION TEST

CONSULTATIONS: Dr. Cammack, Cardiothoracic Surgery on 1/15/04.

PROCEDURES:
1. 1/15/04 - the patient had CT-guided aspiration of parapneumonic
effusion, right lower lobe. At the time, over 200 cc of pus was aspirated.
2. 1/15/04 - ultrasound of the liver showed focal calcifications
and tiny hemangioma without significant finding which would require
additional work up.
3. CT of the chest with contrast, 1/14/04, showed 8 cm heterogenous
mass with an air fluid level in the right posterior lower hemothorax,
likely empyema, punctate fossae of high density in the liver, and
follow up with ultrasound or CT of the abdomen was recommended.

BRIEF HISTORY/PERTINENT PHYSICAL EXAMINATION/LABORATORY DATA: Mr.
Abrahamsen is a 44 year old Caucasian male without significant past
medical history, who presented to the Emergency Department with the
complaint of fever and shortness of breath which had been going on
for "the last 4 weeks". The patient was seen previously in the Emergency
Room 1 month earlier with similar complaints of fever, cough and
shortness of breath, at which time, he received antibiotics. The
patient stated that he did not complete the course of antibiotics.
The patient left the Emergency Department at that time against medical
advice. The patient stated that since the time, he had been donating
plasma at the Plasma Center in Montgomery. He stated that on 1/9/04,
he received a letter from the Plasma Center stating that he had some
elevated liver function tests and, therefore, he needed to follow
up with his primary care physician. The patient's major complaints
were of fevers, drenching night sweats and productive cough with
foul sputum over the past 4 weeks. The patient stated he had been
taking ibuprofen for these symptoms without relief. The patient also
described associated pleuritic chest pain, and stated that he had
not been tested previously for tuberculosis with PPD. Social history
significant for a history of heavy tobacco use, occasional alcohol
use. He stated he drank "a glass of wine with dinner", history of
cocaine; specifically, smoking crack cocaine. Last reported use August
of last year. History of inhaled cocaine. Family history significant
for mother with myocardial infarction, cerebrovascular accident and
hypertension. Father with hypertension and degenerative joint disease.
On review of systems, the patient complained of a 10 lb weight loss
over the past 4-5 weeks, fever, chills, and drenching night sweats,
productive cough, foul-smelling sputum; otherwise, was negative.

(CONTINUED)

On physical examination, the patient's temperature was 101.3(, pulse
24, respiratory rate 24, blood pressure 111/61 on presentation with
some increase in bronchovesicular sound in the right middle to lower
lung fields with few crackles in the right lower lung base. The patient's
heart sounds were normal. The rest of the physical examination was
benign.

On laboratory data, total protein 6.3, albumin 2.1, sodium 134, potassium
4.1, white blood cell count 18.6, hemoglobin 10.8, hematocrit 31.4,
platelets 421, MCV 89. Chest x-ray showed a right lower lobe infiltrate
and possible mass. The patient was admitted with a diagnosis of community
acquired pneumonia, possible abscess formation. The patient was started
on empiric antibiotic therapy with Levaquin. CT of the chest was
obtained which found an 8 cm mass with air fluid level. Cardiothoracic
Surgery was consulted. The abscessed area was drained, and aspirate
sent for gram stain, culture and cytology. Initially, felt that the
aspirate contained Pseudomonas; therefore, the patient received broader
spectrum antibiotic coverage with Ameripenim. Later, anaerobic cultures
revealed possible gram positive rods for formers, felt to be Clostridium
perfringens; therefore, the patient was begun on anaerobic coverage
with Clindamycin, to which the patient responded well clinically.
The patient's hospital course was complicated by hyponatremia, which
corrected with IV fluids, hypoalbuminemia, which was felt secondary
to the chronic systemic inflammatory response. The patient also had
mild to moderate anemia, which was also felt secondary to the chronic
inflammatory response. The patient was treated symptomatically for
constipation and heartburn.

Follow up with Cardiothoracic Surgery was felt that, due to the location
and size of the lesion, that decortication would not be beneficial
for the patient; therefore, the patient's therapy would be medical.
Therefore, he was discharged home with the following diagnoses:

1. PERIPNEUMONIC EFFUSION, EMPYEMA
2. ANEMIA
3. HYPOALBUMINEMIA
4. POLYSUBSTANCE ABUSE
5. ELEVATED LIVER FUNCTION TEST

CONDITION: Stable.

ACTIVITY: As tolerated.

DIET: Regular.

DISCHARGE MEDICATIONS:
1. Clindamycin 450 mg p.o. q. 6 hours x 10 days
2. Colace 100 mg p.o. q.d. p.r.n.
3. Ultracet 325/37.5 mg 2 tablets p.o. q. 4-6 hours p.r.n. pain

The patient was instructed to follow up with his primary care physician
at UAB Internal Medicine Clinic in 1 week for repeat CBC and liver
function test. The patient may need prolonged course of antibiotics,
depending upon his clinical presentation at that time. The patient
needs repeat chest x-ray in 2 months. The patient was educated to
refrain from tobacco, alcohol and illicit drug use.

(CONTINUED)

PRINTED BY: b17606     DATE 1/28/2004

0000113A

I have seen, evaluated, and provided care for this patient; I agree
with the observations noted in this summary.


RANDY PANTHER, M.D.

WJV/ / kb
D: 01/20/2004
T: 01/21/2004


D: 01/20/2004
T: 01/21/2004
kb

000114A

**SOUTHERN HEALTH PARTNERS**

Corporate Office: 3712 Ringgold Rd., #364 Chattanooga, TN 37412
Corporate Phone: 423•553•5635    Corporate Fax 423-553-5645

# FAX TRANSMITTAL

**Confidential Transmission by SHP**

FAX TO: Dr. WM Vonta                    Fax # 334-5216

FROM: L. Lot
_____ Jail Medical Unit
From Site Name: Mntg. Co. Det. Facility          City/State Mntg, Al.

From Site Phone # 832-2542          From Site Fax # 832-7768

DATE: 7-5-05          PAGES: 2, includes cover page
                      (if you have not received all of the pages, please contact me immediately)

☐ For Your Information      ☑ Needs Immediate Response/Action      ☐ Please call me

Message(s): Re: Abrahamson, Harold SS# 524-C4-1094
Attn: Medical Unit/ Southern Health partners
250 S. McDonough St.
Montgomery, Al. 36104

Abrahamsen, Harold
DOB: 6/08/59

PF

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential
and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance
upon, this information by persons or entities other than the intended recipient is prohibited.

000115A

HP Fax Transmittal          Page: 1

*SHP ... Your Partner in Affordable Inmate Healthcare*


Case 2:06-cv-01069-WKW-WC    Document 19-3    Filed 03/15/2007    Page 32 of 68

0517500808    ABRAHAMSEN,HAROLD



# I/P AND O/P
## ADMISSIONS AND FACESHEET

| FC | INIT |
|----|------|
| 29 | CSM |

| PATIENT NO. | DATE | TIME | 1527P | | | | | | | STATION NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0517500806 | 08/24/05 | | 1527P | 06/08/59 46Y | | ER | ER | | | 317167 |

| NAME & ADDRESS | | | | EMPLOYER | | |
|---|---|---|---|---|---|---|
| ABRAHAMSEN,HAROLD<br>4100 COOSADA FERRY RD<br><br>MONTGOMERY    AL 36110 | SS# 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<br>PH# (334)264-9639<br>COUNTY MONTGOMERY | | | | EMP<br>PH#<br><br>OCC<br>EMP<br>STAT<br>EMP<br>I.D. | NOT EMPLOYED |

| NAME & ADDRESS | | | | EMPLOYER | | |
|---|---|---|---|---|---|---|
| ABRAHAMSEN,HAROLD<br>4100 COOSADA FERRY RD<br><br>MONTGOMERY    AL 36110 | DOB 06/08/59 46Y<br>AGE<br>SS# 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<br>PH# (334)264-9639<br>REL SELF | | | | EMP<br>PH#<br><br>OCC<br>EMP<br>STAT<br>EMP<br>I.D. | NOT EMPLOYED |

| NAME & ADDRESS | | | | EMPLOYER | | |
|---|---|---|---|---|---|---|
| ABRAHAMSEN,HAROLD<br>12242 S WESTERN AVE<br><br>BLUE ISLAND    IL 60406 | DOB<br>AGE<br>SS#<br>PH# (708)389-8809<br>REL FATHER | | | | EMP<br>PH#<br><br>OCC<br>EMP<br>STAT<br>EMP<br>I.D. | NOT EMPLOYED |

| NAME & ADDRESS | | |
|---|---|---|
| | HM<br>PH#<br>WK | |

| INSURANCE CARRIER | PH# | INSURED NAME | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | | |
| GROUP PHONE# | APPROVAL# | GROUP NUMBER | |
| CONTACT ADDRESS | | CONTACT | |
| | | CITY/STATE/ZIP | |

| INSURANCE CARRIER | | INSURED NAME | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | | |
| GROUP PHONE# | APPROVAL# | GROUP NUMBER | |
| CONTACT ADDRESS | | CONTACT | |
| | | CITY/STATE/ZIP | |

| INSURANCE CARRIER | | INSURED NAME | REL. TO INSURED |
|---|---|---|---|
| SUBSCRIBER ID# | GROUP NAME | | |
| GROUP PHONE# | APPROVAL# | GROUP NUMBER | |
| CONTACT ADDRESS | | CONTACT | |
| | | CITY/STATE/ZIP | |

| DIAG CODE  DIAGNOSIS | | ALLERGIES | | P | PT. CL. |
|---|---|---|---|---|---|
| 729.5-PAIN IN LIMB | | PENICI | | | |
| ACCIDENT TYPE | NATURE OF ACCIDENT | | ACCIDENT DATE | TIME | |
| | | | | | |
| ARRIVAL MODE<br>FAMILY DRIVEN | REFERRING FACILITY | | CHURCH/DENOMINATION | | |
| ADMITTING PHYSICIAN<br>919 RIOS,JULIO E | | PRIMARY CARE PHYSICIAN<br>NO,PCP | | | |
| ATTENDING PHYSICIAN<br>919 RIOS,JULIO E | | REFERRING PHYSICIAN | | | |
| LOCATION | | E/R PHYSICIAN | | | |
| ADMISSION TYPE<br>EMERGENCY | | | | | |


000116A

B05170505... Age: 46 ...167
DOB: 06/08/59
Admit Date/Time: 06/24/05    1827P
B19 RIOS, JULIO E

**Baptist** HEALTH    **ER RECORD - Adult / Adolescent**

Regular M.D. __None__     Notified: ____
Immunization Hx: Tetanus ☐ UTD ☐ not UTD ☐ Latex Allergy
Allergies: __NKDA__

LMP: __N/A__    Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds: __Can't afford meds__   BP med
                                    Glau?

PMH: __HTN | __ gabs 1955 __

| TRIAGE CATEGORY (Circle one) | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1) RED - Immediate | 2) YELLOW - Urgent | | 3) GREEN - 0 Non-Urgent | | | | |
| B/P | Pulse | Resp | Temp | SaO2 | Pain | ☐ See T-sheet | |
| 154/90 | 89 | 18 | 100 | 97% | 10 | | |

c/o Spider bite to outer (L) thigh

**AGE SPECIFIC CARE**    N/A

Arrived via: ☐ Car ☐ Ambulance ☐ Other ____
Pre Hospital Care: ☐ O2 ____ ☐ IV ____ ☐ Splints ____ ☐ Other: ____ ☐ ASA ____    N/A

**13-18 yrs (Adolescent)**    N/A
(Menarche started? ☐ Yes ☐ No    Age at onset? ____    Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): ____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended-Care Facility

**GENERAL APPEARANCE & MENTAL STATUS**

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☐ Warm | ☐ Unlabored | ☐ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☑ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☑ Age Approp. |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |

**PLAN OF CARE**

| Problems | Intervention |
|---|---|
| ☑ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Anti-Pyretic | ☐ Sting/Splint |
| ☐ Body Temp. Alt. In | ☑ Knowledge Deficit | ☐ Bleeding Control | ☐ Teaching |
| ☐ Comm. Alt. In | ☐ Neuro Status | ☐ BSG/Wound Care | ☐ Labs |
| ☐ Coping Alt. In | ☐ Physical Mobility | ☐ Emotional support | ☐ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☐ Ice/elevate | ☐ Meds As Ordered |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt. | ☐ I & O | ☐ O2 |
| ☑ Infection Potential | ☑ Skin Integrity, Alt. In | ☐ Other I & D | |
| ☐ Domestic Violence | ☐ Abuse/Neglect | | |
| (refer to Case Mgmt.) | ☐ Cultural/Religion | | |
| ☑ Pain | ☐ Language | | |
| ☐ Other ____ | | | |

| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
|---|---|---|---|---|
| ☑ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☑ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☑ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | ☐ Aphasia | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: ____ O.D.: ____ O.U.: ____ | | | |

| ☐ Animal Control | ☐ PT | Weight: ____ stated / measured |
| ☐ DHR Referral | ☐ Dietitian | Triage Date 6/24 Time 1916 |
| ☐ Police | ☐ Coroner | Nurse Signature: ____ |

Time To Tx Area: ____    Rm # ____

**UTILITY TEST**
☐ B/P: ____ P: ____
☐ B/P: ____ P: ____
☐ B/P: ____ P: ____
Time Performed: ____

**NURSES NOTES**    ☐ SEE FLOW SHEET

No answer - 9:25 p.m.  3 calls - PCT-PBC
Left prior to treatment

**PHYSICIAN'S ORDERS**

| Medication | Dose | Route | Time Admin | Site | Comments | Signature |
|---|---|---|---|---|---|---|
| Tylenol | 650mg | PO | in triage | | | ____ |

**M.D. ORDERS (per BMC Protocol)**

| M.D. ORDERS (per BMC Protocol) | Time Performed | Site | Size | Comments | Signature |
|---|---|---|---|---|---|
| O2 | | | | | |
| IV | | | | | |
| NGT | | | | | |
| Foley / Quick Cath | | | | | |
| Set up Laceration Tray/ Lumbar puncture | | | | | |
| Accucheck | | | | | |
| Splint | | | | | |
| Pulse Ox | | | | | |
| Tetracaine and Stain | | | | | |
| Pelvic exam set up | | | | | |
| Cardiac | | | | | |

**DISCHARGE**

| Date | Time |
|---|---|

**VITAL SIGNS**

| B/P | T | P | R | O2Sat | Pain |
|---|---|---|---|---|---|

☐ Patient education provided on discharge instructions.
D/C Nurse: ____

**DISPOSITION**    **EXIT VIA**
☐ Home    ☐ Walk
☐ Admit to Rm#: ____
☐ Surgery    ☐ WC
☐ Transfer to: ____
☐ EXP    ☐ Ambulance
☐ AMA    **ACCOM. BY**
☑ LWT    ☐ Self
☐ LBNF    ☐ Fam/Friend
☐ Other    ☐ Police
☐ M.D. Office    ☐ Other

Physician Signature: ____

EXTENDER

**Certified Medical Emergency**
☐ Yes  ☐ No

FORM ER 16002 REV. 02/17/05

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Patient Name: Harold Abrahamsen, Jr.          Social Security # 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
Date of Birth: 06/08/59

1. I authorize the use or disclosure of the above named individual's health
   information as described below:

2. The following individual or organization is authorized to make the disclosure: _____
   Montgomery County Detention Facility
   Address: _____ 250 S. McDonough Street _____
   Montgomery, AL 36104

3. The type and amount of information to be used or disclosed is as follows:
   (Includes dates where appropriate)

   ☐  Problem list                    ☐  Immunization record

   ☐  Medication list                 ☐  Most recent history and physical

   ☐  List of allergies               ☐  Most recent discharge summary

   ☐  Laboratory results   from (date) _____ to (date) _____

   ☐  X-ray and imaging reports   from (date) _____ to (date) _____

   ☐  Consultation reports   From (doctor's names): _____

   ☒  Entire record -- from Jan 2005 to present
   ☐  Other: _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease; acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization for the purpose of submission to the Social Security Administration.

   Pam Gooden Cook, LLP
   1138 S. McDonough St.
   P.O. Box 242243
   Montgomery, AL 36124

6. I understand that I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or condition: obtaining disability benefits. If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in CRF 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).

_____                    8/14/2005
Signature of Patient or Legal Representative         Date

_____                    _____
If Signed by a Legal Representative, Relationship to Patient    Witness

**PAM GOODEN COOK, LLP**
Attorney at Law
1138 S. McDonough Street
P.O. Box 242243
Montgomery, Alabama 36124

Telephone: (334) 834-5335

Fax: (334) 834-5331

June 21, 2006

Montgomery Co. Detention Facility
250 S. McDonough Street
Montgomery, AL 36104
ATTN: MEDICAL RECORDS

                                    RE:    Harold Abrahamsen, Jr.
                                    SS#    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
                                    DOB   06/08/59

Dear Custodian of Medical Records:

     Our office is representing Mr. Abrahamsen concerning his claim for Social Security Disability benefits. It is my understanding that he has received treatment there in the past. As you may be aware, a disability determination is based on the medical evidence available. We are requesting medical records for any treatment, including the incidents of treatment, the conditions from which this client is suffering, your diagnosis, any medication that has been prescribed and its effect, and any long-range prognosis, from January 2005, to the present time.

     I have included a medical authorization executed by Mr. Abrahamsen for your file. **MR. ABRAHAMSEN'S CASE IS SCHEDULED FOR HEARING ON JULY 14, 2006.** If you need any additional information for these records to be forwarded to me, please do not hesitate to call my office.

                                    Sincerely,

                                    Pam Gooden Cook

PGC/vef
Enclosure

# PAM GOODEN COOK, LLP
## ATTORNEYS AT LAW
### 1138 S. McDONOUGH STREET
### P.O. BOX 242243
### MONTGOMERY, ALABAMA 36124
### TELEPHONE: (334) 834-5335
### FAX: (334) 834-5331

## FACSIMILE COVER SHEET

NUMBER OF PAGES TRANSMITTED (INCLUDING COVERSHEET) _3_ IF YOU DO
NOT RECEIVE ALL PAGES BEING TRANSMITTED, PLEASE CALL (334) 834-5335

DATE: July 10, 2006

TO: Gail

PHONE NUMBER: 832-2542

FAX NUMBER: 832-7768

FROM: Jenny

COMMENTS:

- Re: Harold Abrahamsen, Jr.

- Spoke with a lady @ Corporate Headquarters +
  she told me to fax it to you. If there are any
  problems, please let me know.

  Thanks,
  Jenny

### CONFIDENTIALITY NOTE

*THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND
CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY
NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND
RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL
SERVICE. THANK YOU!*

Physician's Orders

Southern Health Partner's, Inc.

Inmate Name: Abrahamsen Harold
SS#: 524.04.1004
DOB: 6.8.59
Allergies: _____

Facility:
Montgomery
County
Jail

| Date: Keflex 500mg 1 po BIOX 10 days | Date: |
|---|---|
| Bactrim DS 1 po BID | |
| Motrin 800 1 po BID | |
| M.D. Sig: | M.D. Sig: |
| Date: 7/5/05 | Date: |
| B/c Bactrim DS | |
| Horton | |
| M.D. Sig: | M.D. Sig: |
| Date: 7/13/05 | Date: |
| T̄ ASA bid. | |
| C Smith, MD | |
| 7/13/05 | |
| M.D. Sig: | M.D. Sig: |
| Date: 10/27/06 | Date: |
| Elavil 50mg bid | |
| ASA T̄ bid | |
| M.D. Sig: | M.D. Sig: |

000121A

Name: Abrahamson, Harold

D.O.B.: 6-8-59

Allergies: NKA

Use Last   Date: 2-23-05
Name:

Diagnosis (if chg'd):

Elavil 100mg P.O. q hs

T.O. Dr. Smiles / Rhythm

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:
Name:

D.O.B.:

Allergies:

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:
Name:

D.O.B.:

Allergies:

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:
Name:

D.O.B.:

Allergies:

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:
Name:

D.O.B.:

Allergies:

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:
Name:

D.O.B.

Allergies:

☐ Generic Substitution is NOT Permitted

Diagnosis (if chg'd):

Use Last   Date:

Montgomery County Detention Facility

Medical Division Charge Sheet

Inmate Name: Abrahamson, Harold      R/S _____      DOB 6-8-59

Booking No. _____                                      Floor _____   Cell 3B.

### SERVICES

| ___XRay $10.00 | ___Doctor Visit $10.00 | ✓ Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | ___Prescription $3.00 |

Nursing Staff Signature _Gail Cable M-78-_    Date _12-12-06_

Inmate Signature _____    Date _12-12-06_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 4/05

---

Montgomery County Detention Facility

Medical Division Charge Sheet

Inmate Name: Abrahamson, Harold      R/S W/M      DOB 6/8/59

Booking No. 76171                                      Floor 3B   Cell _____

### SERVICES

| ___XRay $10.00 | ✓Doctor Visit $10.00 | ___Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | ✓Prescription $3.00 |

Nursing Staff Signature _L. Burkette, lpn_    Date _1/19/07_

Inmate Signature _____    Date _____

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 7/06

---

000123A

Montgomery County Detention Facility

Medical Division Charge Sheet

Inmate Name: Abrahamson, Harold      R/S _____      DOB _____

Booking No. 76176                                      Floor 3   Cell B

### SERVICES

| ___XRay $10.00 | ✓Doctor Visit $10.00 | ___Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | ✓Prescription $3.00 |

Nursing Staff Signature _____    Date _12-12-06_

Montgomery County Detention Facility                     Medical Division Charge Sheet

Inmate Name: _Harold M Abrahamsen_          R/S _W/M_    DOB _4/8/54_

Booking No. _76171_                               Floor _3B_    Cell _____

### SERVICES

| | | |
|---|---|---|
| ___ XRay $10.00 | ___ Doctor Visit $10.00 | ✓ Nurse Visit $10.00 |
| ___ Lab $10.00 | ___ DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _____    Date _1/03/07_

Inmate Signature _____    Date _____

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SERP

---

Montgomery County Detention Facility                     Medical Division Charge Sheet

Inmate Name: _Harold abrahamson_          R/S _____    DOB _6-8-59_

Booking No. _____                               Floor _____    Cell _____

### SERVICES

| | | |
|---|---|---|
| ___ XRay $10.00 | ✓ Doctor Visit $10.00 | ___ Nurse Visit $10.00 |
| ___ Lab $10.00 | ___ DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _J Cooper RPN_    Date _11-17-06_

Inmate Signature _____    Date _11-17-06_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 4/05

---

Montgomery County Detention Facility                     Medical Division Charge Sheet

Inmate Name: _Abrahamson, Harold_          R/S _____    DOB _6-8-59_

Booking No. _____                               Floor _____    Cell _2B_

### SERVICES

| | | |
|---|---|---|
| ___ XRay $10.00 | ✓ Doctor Visit $10.00 | ___ Nurse Visit $10.00 |
| ___ Lab $10.00 | ✓ DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _____    Date _10-27-06_

Inmate Signature _____    Date _10-27-07_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 4/05

0001240

2006 Incarceration

## ADMISSION QUESTIONS-MEDICAL

OFFICER/INMATE INTAKE QUESTIONNAIRE

Abrahamsom    Harold    Martin
Last Name    First Name    Middle

1932

M
Sex

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
Social Security No.

6-8-59
DOB

0-20-06
Intake Date

Time AM/PM

Allergies

Currently Under Physician Care for: Lung Cancer, Abscessed Lung, Depression, Arthritis

HAS A PHYSICIAN TOLD YOU THAT YOU HAVE, OR HAVE BEEN TREATED FOR:

| | | |
|---|---|---|
| Alcoholism | Yes | (No) |
| Asthma | Yes | (No) |
| High blood Pressure | (Yes) | No |
| Diabetes | Yes | (No) |
| Drug Addiction | Yes | (No) |
| Cancer | (Yes) | No |
| Heart Problems | (Yes) | No |
| Hepatitis | Yes | (No) |
| Ulcers | Yes | (No) |
| Kidney Problems | Yes | (No) |
| Intestinal Problems | Yes | (No) |
| Mental Health | (Yes) | No |

| | | |
|---|---|---|
| Seizures | Yes | (No) |
| Sickle Cell Anemia | Yes | (No) |
| Suicide Attempts | Yes | (No) |
| Venereal Disease (s) | Yes | (No) |
| Tuberculosis | Yes | (No) |
| Eye Problem | (Yes) | No |
| Other: | | |
| Emphysema | | |
| Female: | Yes | No |
| Reproductive Problems | | |

Do you wear glasses or contacts?    Yes    (No)    Weight Loss (greater than 20 pounds in last 3 months) Constant Cough

Have you been in the hospital in the past 6 months?    (Yes)    No    Why? Lung condition

Are you on any current medications? (Yes)   No   If yes, what? Elavil, HCT, Lorcet
Female:    When was your last menstrual period? _____

## OFFICER OBSERVATION /VISUAL EXAM:
The inmate showing signs of trauma or injuries: Yes (No)    If yes, where: _____
How does the inmate state the injury occurred? _____
The inmate a suicide risk:    Yes   (No)
Inmate appear to be under the influence of drugs or alcohol    Yes   (No)
Are there signs of drug or alcohol withdrawal:    Yes   (No)

Officers Name/Signature _____    Date 10-20-06    Time 1939

INMATE VERIFICATION AND CONSENT:
We answered all questions truthfully. I have been told and shown how to obtain medical services while incarcerated. I hereby give my consent and authorize health services to be provided to me by and through Southern Health Partners, Inc., the on-site medical provider. I further authorize the release of any and all medical records and/or treatment information be released to the designated healthcare provider within this facility, as well as transfer of this information to the next jurisdiction if any.

Inmates Signature X _____    Date: 10-20-06

000125A

Southern Health Partners, Inc.

## ADMISSION DATA    HISTORY AND PHYSICAL FORM

Intake Date: 10/20/06        Exam Date: 10/21/06        S.S.#: 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

Inmate Name: Abrahamson, Darrol Marthil        Date Booked: 10/20/06
          (Last)                    (Middle)
Alias: (Chuck)                                    County: MTGY
       (Last)              (Middle)
Address: 4100 Coosda Fairy Rd                    36110
         (Street)          (City)         (State)    (Zip)
Telephone (334) 282-6690    Birthdate: 6-8-1959    Religion: _____
Education Completed: 12th                Special Education: Some College
Marital Status: S  M  W  D  Separated    Read/Write English— YES  NO  Other: _____
Previous Incarcerations: (Facility/Date) MKDF /2005

## MEDICAL HISTORY

Notify in Emergency: Darrol Abrahamson                    father
                     (Name)                          (Relationship)
Address: 12242 S W Ave . Augustans             Phone: (708) 389-8809
         (Street)        (City)    (State)  (Zip)    (Phone Number)
Health Insurance: NO
                  (Type of Insurance)        (State)    (Policy Number)
Family Physician: NO
                  (Name)        (Street Address)    (City)  (State)  (Zip)  (Phone Number)

Past Hospitalizations (include surgeries) Lung abcess 2004
Smrs E Snth Blvd . Mnte al
(Location)        (Street Address)    (City)    (State)        (Zip)
Head Injury with Loss of Consciousness: _____    Last Tetanus: 2004    Immunization: Yes
Allergies: NKA
Current Medication(s) lortaB, lorceet, HGTZ, Elavil

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:    YES  (NO)  If Yes, Why: _____
Where: _____                                    When: _____
       (Location)        (Street Address)  (City)    (State)  (Zip)    (Date)
Psychotropic Meds (Specify type and last dose): Elavil
Prior Counseling/Out-Patient Treatment for: Antidepression—
Where: _____                                    When: _____
       (Location)        (Street Address)  (City)    (State)  (Zip)    (Date)
Have you ever attempted suicide: NO  How: _____    When: _____
                                                                (Date)
Have you recently considered committing suicide? NO
Have you ever been arrested for a violent crime/sexual offense? (Specify) _____
                                                                  (Type)    (Date)
Street drugs: NO                    Smoker Yes  Etoh: Occ / Beer liquer
              (Type-Quantity)  (How Often)  (How Long)            (Type-Quantity)  (How Often)  (How Long)
Inmate's Signature: _____                        Date: _____
Interviewer's Signature: Gilees Rpn               Date: _____
Witness: (if physical is refused): _____        Date: _____

000126A



**SOUTHERN HEALTH PARTNERS**

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Abrahamson, Harold    Cell # 4B 2B

SS# 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    DOB 01/81/1959    Male or Female

Date of TB Skin test: 10/21/06    Done by Nurse: CNees Jou

Previous Positive: YES or NO    Previous Therapy: YES or NO

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read: 10/24/06 Done by Nurse: R Bukytte, lpn

Number mm: -0-    Referral for Chest X-ray:    YES or NO    If yes, Date of CXR:

Comments:

0001ZH

Southern Health Partners, Inc.
TB Consent Form

| |
|---|
| Lot #: |
| Exp. Date #: |
| Results: |

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: [signature] Date: 10/21/06

Witness: [signature] Date: 10/21/06

Confidential Medical Information

0000128A

SOUTHERN HEALTH PARTNERS

RECEIVED 1-16-07

# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 1.14.2007 Pod/Location: 3B Cell: 9

Inmate's Full Name: Harold M. Abrahamson Jr. ID# 76171

Complaint/Problem: ① Need more of skin ointment nurses gave me last time / ② Blood pressure still not quite right, sometimes still too high, pain in chest when its high, numbness down back of left arm to elbow and headache on forehead area

How long have you had this problem? This last week

** Inmate's Signature: [signature] Date: 1.14.2007

All goes away when take pill. Also believe it is something to do with diet

********** ********** ********** ********** ********** ********** **********

TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs: Temp 97.6 Resp 20 Pulse 63 B/P 152/97

Instructions/Assessment: Document your findings, Inmate's responses/actions

Referred to doctor's list on 1-19-07

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 1/17/07 Seen by: D. Lawson, LPN

*Place original form in patient's medical record.*

0001294

 SOUTHERN HEALTH PARTNERS

 RECEIVED

## INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 1·1·2007  Pod/Location: 3B9  Cell: _____  ID# 76171

Inmate's Full Name: HAROLD M ABRAHAHSEN JR.

Complaint/Problem: I DON'T KNOW IF DOCTOR HAS BEEN AVAILABLE LAST COUPLE OF WEEKS BUT THIS WILL MAKE 3RD REQUEST IN LAST 3 WEEKS, AND AS SOON AS YOU CAN PLEASE SCHEDULE ME TO SEE ↑ DOCTOR

How long have you had this problem? EVER SINCE I CAME TO BE @ H.C.D.F.

Inmate's Signature _____  Date: 1·1·2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 97.6  Resp 24  Pulse 70  B/P 130/80

Instructions/Assessment: Document your findings, inmate's responses/actions  c/o burning sansation to chest & chest pain - chronic pain to knee - request for extension of medication - I'm requesting to see physican. observed to have dry flaky skin to feet - scalp & inner buttock. Want to get elavil ↑ - Motrin 800mg PO BID 45 days

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 1/03/07  Seen by: _____

Place original form in patient's medical record.

0001308

# SICK CALL
# REFUSAL FORM

I, Harold Abrahamsen (inmate name) understand

that my name is on the sick call list to be seen by Southern Health

Partners medical staff at Montgomery County Jail, and that I am

declining to be seen at this time. I further understand that it will

be documented as such in my medical file, and that my name will

NOT be added back to sick call, unless I submit another sick call

request.

REFUSED TO SIGN
**Inmate Signature**

**Witness Signature**

**Nurse Signature**

12-20-06
**Date/Time**

12-20-06
**Date/Time**

12/20/06
**Date/Time Noted**

Southern Health Partners

**Distribution: Original-Nurse**

Revised:02/05/04

000131A



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**RECEIVED**

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12·16·2006    Pod/Location: 3B    Cell: 9    ID#: 7617)

Inmate's Full Name: HAROLD M. ABRAHAMSEN Jr.

Complaint/Problem: STILL HAVING CHEST PAIN, EVENING OF 12·15·2006 RECIEVED NO
HIGH BLOOD PRESSURE MEDS, NEW; SEEM TO HAVE STAFF OR RINGWORM LEFT FOREARM, ALSO FEET
SEEM TO HAVE SOME SORT OF FUNGAS, AND SCALP IS FLAKING, NEVER HAD ANY
OF THESE THINGS OTHER THAN CHEST PAIN, ALL NEW OR RECENT

How long have you had this problem?

Inmate's Signature: [signature]    Date: 12·16·2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions

_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

Place original form in patient's medical record.

000132A

PREVIOUSLY AT 3F



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST



TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12·08·2006   Pod/Location: 3B   Cell: 9   ID# 76171

Inmate's Full Name: HAROLD M. ABRAHAMSON JR.

Complaint/Problem: LUNGS FEEL LIKE THEIR BURNING, HAVE SORENESS AND CONGESTION FROM STAYING IN 3F SEWER GASES IN CELL BLOCK, FROM FOLKS TAKING WATER OUT OF TOILET TRAPS – TO TALK ON TOILETS

How long have you had this problem? HAS MADE ME VERY SICK THIS WEEK

Inmate's Signature: [signature]

Date: 12·08·2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF

Note Patient's Vital Signs:   Temp 98.8  Resp 20  Pulse 93  B/P 154/97

Instructions/Assessment: Document your findings, Inmate's responses/actions

Lungs clear, HR regular, skin warm & dry
Cap refill good. No sinus congestion noted.
No cough noted. I/M states Motrin helps
c̄ pain. Will monitor.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12-12-06   Seen by: 2 Call m7A

Place original form in patient's medical record.

000133A

2ND REQUEST

SOUTHERN HEALTH PARTNERS

RECEIVED

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 12·01·06   Pod/Location: 3F

Inmate's Full Name: HAROLD M. ABRAHAMSON JR   Cell: 13   ID#: 76171

Complaint/Problem: CHEST HURTING AGAIN, CANT SLEEP AT NIGHT
I'M SICK NOW, THROAT TO LUNGS RAW FEELING,
MY LUNGS HAVE BEEN BURNING RT ONE MORE BEEN FEELING
WEAK, ROTTING FRESH ODOR FROM THROAT AND CHEST?

How long have you had this problem? CHRONIC

Inmate's Signature: [signature]   Date: 12·07·2006

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:   Temp 98.6   Resp 20   Pulse 78   B/P 132/84

Instructions/Assessment: Document your findings, Inmate's responses/actions
Up Ē MD, c/o lt Lung abscess? Refer to follow
abestos (?) + c/o lt Lung abscess? 2004 due to

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?   If checked, date to be seen again
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 12/11/06   Seen by: [signature]

Place original form in patient's medical record.

000134A

**2ND REQUEST** - REQUEST WAS GENERATED FROM TRUSTEE CELL BLOCK 2D

SOUTHERN HEALTH PARTNERS

RECEIVED
11/14/15

# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 11·14·2006   Pod/Location: 3F   Cell: "CHUCK" 13   ID# 76171

Inmate's Full Name: HAROLD M ABRAHAMSON JR.

Complaint/Problem: STILL HAVING CHEST PAINS, NEED EXAMINATION DONE BY QUALIFIED, DISINTRESTED 3RD PARTY DOCTOR WHO IS CONCERNED ABOUT PROPER MEDICAL TREATMENT AND CURES

How long have you had this problem? CHRONIC, HISTORY ARTHORITIS, LUNG DESEASE

Inmate's Signature: [signature]

Date: 11·14·2006

AVIL CONT. NEED 100MG INSTEAD OF 50 @ MORNING CALL AND 50 @ NIGHT OVER →

*************************************************************

TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions

I/m refusal to MD

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 11/16/06   Seen by: [signature]

Place original form in patient's medical record.

0001350A

*[handwritten annotations across top]*

Southern Health Partners, Inc.
JAIL MEDICAL UNIT

*[RECEIVED stamp]*

## INMATE SICK CALL SLIP

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member.

Today's Date: _____

Name: HAROLD M. ABRAHAMSEN JR.     Pod/Location: 2B     Cell: 3

ID# 76171

Complaint/Problem: No Meds Need - low blood
pressure - Depression Degenerative ___
___ ___ ___ TB, HIV, B.P.
MID CIVIL

How long have you had this problem? SICK FOR OVER 2 YEARS CHRONIC

### TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: c/o having asbesto on lung - & was taking 2
aspirins daily - numbness it ARM & Leg - c/o
unable to stand a long period - Breathing shallow
I/M referred to MD for multiple problem

☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 10/26/06   Seen by: _____

Place original form in patient's medical record.

A061000

**1/4/07**

Feels generally better. B.P. is better. Feels like B.P. is going up in the evenings. Still has some pain in left chest + some pain in the throat (?) when he coughs.

PE / lungs - clear
CV - RRR

A: HTN
   chest wall pain

Plan → ↑ atenolol to bid

   Ibuprofen 800 bid x 2 wks.

**1/19/07**

Was given some cream last week for dry skin. Worked pretty well. Still has some chest pain + breathing in lungs. Worse when his B.P. is up. Also has occas. numbness in left arm. Used to smoke but quit for 13 yrs. + started back ½ ppd. Gets an occas. burning in both sides of chest.

PE / BP 176/108
      No JVD
      lungs - clear   CV - RRR s̄ murmur, gallop, rub

A: HTN
   chest wall pain

Plan → vasotec 20 mg bid

   HCTZ 25 mg daily.

000137A

PROGRESS NOTES

| Date/Time | Inmate's Name: Harold Abrahamson D.O.B.: | S.S. #: |
|-----------|------------------------------------------|---------|

**11/17/06**

Getting pain in substernal area & radiation through to his back. Has an old abscess to the Right of laor sternum. When he doesn't eat sugar he doesn't sleep very well. Has had an M.I. in the past. In Dec. of '03. He left the hospital. Gets pain to left of sternum – sharp pain. Also gets numbers in both arms – last 2 fingers of both hands get numb. Also has pain in ® shoulder.

PE:/ lungs – clear.
CV – RRR s̄ @ murg –

Elavil 50 bid
ASA.

A: chest wall pain
Back pain

Plan → ↑ evening elavil to 100 mg –
Ibuprofen 800 bid x 2 wks.

**12/18/06** Still has a sharp pain @ left edge of sternum. Has it off & on. Non-radiating. Will last up to 2 hrs. Gets soft c it. No nausea. Also has dark circles under his eyes. Sleeps OK at night. Also 5 days ago will be lying in bed & has sensation that he's falling. No syncope. Would have it when he was standing up. Had a subdural in '82 2° head injury. Has also had a productive cough.

PE:/ BP 180/100 by me.
lungs – clear. CV – RRR

A: Bronchitis

Doxycycline 100 bid x 10 days.

Atenolol 50 mg daily.

HRW    Plan →

| Date/Time | Inmate's Name: | D.O.B.: | S.S. #: |
| --- | --- | --- | --- |

8/27/06

Had an M.I. 3 yrs ago & treated at Baptist South.
Also had a lung abcess. Also went to Pri-Med
& was told he had a meta CA 2° asbestos. Had a
Bronchoscope & was told he had a cancer.

Pri-Med near Vaughn Road.

Has Froable & Numbness in arms & hands. Also has
tenderness on insides of both knees.

Has also had some chest pains off & on.

PE :/  lungs - clear.
       Ct - RRR s̄ (m) 3

A: depression
   A/o parapneumonic effusion

Plan → clar. 150 g bid.
       ASA bid

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

0001338

38

# Physician's Orders

Southern Health Partner's, Inc

Inmate Name: Harroll Abrahamson
SS#: 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.
DOB: 6-8-59@
Allergies: _____

Facility:
Montgomery
County
Jail

| Date: 11/17/06 | Date: |
|---|---|
| ↑ evening elavil | to 100mg - |
| Ibuprofen 800 mg | bid x 2 wks. |
| Albuteral MDI | 2 puffs gid. prn |
| M.D. Sig: _____ 1700006 | M.D. Sig: 10:02pm |
| Date: 12/12/06 | Date: |
| Doxycycline 100 mg bid x 10 days | |
| Atenolol 50g po daily. | |
| M.D. Sig: | M.D. Sig: |
| Date: 1/03/07 | Date: 1/4/07 |
| Ⓓ Motrin 800mg po BID | ↑ tenolol to bid |
| X 5 days | Ibuprofen 800g po bid x 2wks. |
| S.O. Dr.Nichols/ _____ | |
| M.D. Sig: | M.D. Sig: |
| Date: 1/19/07 | Date: |
| Vasotec 20mg po bid. | |
| HCTz 25mg po q AM. | |
| M.D. Sig: | M.D. Sig: |

0001400A

DEAR NURSE COBB
I NEED TO SEE DOC NICHOLS
THANKS

RECEIVED
3-6-07

## SOUTHERN HEALTH PARTNERS

### INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the hand mail box for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date **2·5·2007**   Pod/Location: **2C**   Cell: **N/A**   ID# **76171**

Inmate's Full Name: **HAROLD M. ABRAHAMSON JR**

Complaint/Problem **I HAVE ALREADY PUT IN 2 SIMILAR REQUESTS, I STILL HAVE A INFECTED "PROSTRATE" AND THIS MORNING AGIN AS WELL AS SATURDAY & FRIDAY AFTER-NOON AND EVENING HAVING CONTINUOUS CHEST PAINS, LUNGS ALSO HURTING AGAIN — HOWEVER MED SHORTAGES WERE CORRECTED SUNDAY MORNING,**

How long have you had this problem? **"CHRONIC CONDITIONS"**

Inmate's Signature *[signature]*   Date: **2·5·2007**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions

Placed on MD list for 3-6-07,

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again:_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*

000141A

PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: | S.S. #: |
|---|---|---|---|

2/9/07

B.P. has been O.K. Says his B.P. has been good. Has had stabbing chest pains - sharp pain to left of sternum. Non-radiating. Still has a dull, aching pain that radiates through to his back. Also has some pain in the back of left upper arm when he lays on his left side. Also has degenerative arthritis in his low back & neck. Use to have epidurals about every 7 years for it. Gets worse when he leaves off the motrin. As far as the chest pain goes he gets it when he's stressed or goes up 3 flairs, or moves a certain way. Would also like to see the psych doctor.

PE: lungs clear
CNT - RRR
Non-tender chest wall

atenolol 50 bid
elavil 50 g AM
100 @ Night
rosectec 20 bid
HCTZ 25 g AM

A: HTN
chest pain
H/o lung abscess
DDD back

Plan → will arrange EKG.
CXR
motrin 1200 y bid
↑ elavil to 100 y bid

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road #364

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| **DATE** | **LAST NAME** | **FIRST NAME** | **MI** |
| 2/13/2007 | ABRAHAMSON | HAROLD | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| | M | MONTGOMERY COUNTY JAIL | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| | | G | |

## SINGLE VIEW CHEST, 2/13/07

**HISTORY:** Positive PPD

**FINDINGS:** There is hyperinflation and hemidiaphragm flattening compatible with COPD with heart not enlarged, pulmonary vascularity normal and lungs otherwise clear. There is no pleural fluid or pneumonia. Osseous structures appear normal.

**OPINION:** Changes consistent with COPD, otherwise negative study.

_____

John Waldo, M.D./kmc

Dictated but not reviewed.

tt:     2/13/2007 8:06:41 PM
td:     2/13/2007 5:31:09 PM

2/15/07

Had some dysuria for a couple of weeks off & on.
Some itch & discharge for some time. Also has
some rectal discomfort.

No fever.

Not worse since 1st mg claritol dose

PE: / prostate mod large & tender.

A: prostatitis

Plan → Doryet Doxycycline 100 mg bid × 2 wks.

3/16/07                                          MVS

Still has pain in left chest. When he got back
from the GXT would have light headed spells.
No spinning. Still has pain to left of sternum
Also had some plauritic pain, off & on.

Also has degenerated discs in L 2, 3 & 4. Motrin
doesn't help much. Also heels are really dry
again. Has a lot of pain in lower back.
Took pain pills for that before. Has one mat
on bunk. Also prostate is still bothering him.
PE: / lungs - clear.   CV - RRR

A: costochondritis, back pain.

Plan → I told him his heart & chest
were normal.

cipro 500 bid × 10 days                          MVS

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

Cardura 4 mg @ Night.

MVS

000144A

## Physician's Orders

Southern Health Partner's, Inc

Inmate Name: _Abrahamson_

SS#: _____

DOB: _____

Allergies: _____

Facility:
Montgomery
County
Jail

| Date: 2/9/07 | Date 2/9/07 |
|---|---|
| Ibuprofen 1200mg po bid - CXR "h/o lung abcess" Elavil to 100mg bid. | Have Nurse Cobb call me about doing a treadmill on him. |
| M.D. Sig: _MW_ | M.D. Sig: _MW_ |
| Date: 2/15/07 | Date: |
| Doxycycline 100mg po bid x 2 wks. | |
| M.D. Sig: _MW_ | M.D. Sig: |
| Date: 3/6/07 | Date: |
| Cipro 500mg bid x 10 days. cordura 4mg po at Night | |
| M.D. Sig: _MW_ | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |

000145A

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASA 325mg, ī po
Bid

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767   FORM A-55   STOCK #340423

0001460

| | 10-27-06 | | 10-31-06 | | | |
|---|---|---|---|---|---|---|
| | Nichols | | | | | |
| | NKA | | | | | |

Approved By Doctor:
By:    Title:    Date:

Abrahamson, Harold.   6-8-59   m   2B

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASA 325mg po Biz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elavil 100mg 1 NOvoe QPm | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol MDI 2 puffs QID-PRN 17 Nov 06 | P / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nichols    11-1-07    11-30-07

NKA

Approved By Doctor:
By:                    Title:                    Date:

Abrahamson, Harold.    6-8-59    M    2B

0001147A

**MEDICATION ADMINISTRATION RECORD**

Case 2:06-cv-01039-WKW-WC Document 19-3 Filed 03/15/2007 Page 64 of 68

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | PM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| AMITRIPTYLINE HCL 100 MG ELAVIL 100 MG TABLET TAKE 1 TABLET AT BEDTIME | 11/20/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | PM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 11/20/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ASA 325mg BID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| low H 50mg qm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Elavil 100mg qpm | pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| tenolol 50mg PO daily 12-12-06 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

REORDER FROM INTEGRAL SOLUTIONS GROUP · 1-800-235-0767    FORM A-55    STOCK #506423

| 12/01/06 | | 12/31/06 | PAGE 1 OF 1 | |
|---|---|---|---|---|
| NICHOLS, KEN | | Telephone No: | | Medical Record No. |
| NICHOLS, KEN | | Residence No. | | |
| NKA | | Responsible Person: | | |

| | Approved By Doctor: | | |
|---|---|---|---|
| | By: | Title: | Date: |
| ABRAHAMSON, HAROLD | /08/1959    J | ABRAHARO | 10/30/06 |

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

AMITRIPTYLINE HCL 50 MG T  12/18/07
ELAVIL 50MG TABLET
TAKE 1 TABLET IN THE
MORNING AND 2 AT BEDTIME

ALBUTEROL 90 MCG INHALER  11/20/07
PROVENTIL 90 MCG INHALER
USE 2 PUFFS FOUR TIMES
DAILY AS NEEDED

↑Atenolol 50mg
↑ PO Bid
1/4/07 —           FOX

Bupropel Boomy
Po Bid x 14 day
1/8/07

Vasotec 20mg PO BID

HCTZ 25 mg PO
@ AM Start When
Available

| | 01/01/07 | THROUGH | 01/31/07 | | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|---|

NICHOLS, KEN
NICHOLS, KEN
NKA

Approved By Doctor:
By: Dr. Nichols Coees     Title: ___     Date: 12/31/06

ABRAHAMSON, HAROLD     6/08/1959     /M     3PS     ABRAHARO     10/30/06

MONTGOMERY COUNTY JAIL
ABRAHAMSON, HAROLD
REPORT DATE : 02/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROCHLOROTHIAZIDE 25 MG 01/22/08 TAKE 1 TABLET IN THE MORNING | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| ENALAPRIL MALEATE 20 MG T 01/22/08 VASOTEC 20 MG TABLET TAKE 1 TABLET TWICE DAILY | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| ATENOLOL 50 MG TABLET 01/08/08 TENORMIN 50 MG TABLET TAKE 1 TABLET TWICE DAILY | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| AMITRIPTYLINE HCL 50 MG T 12/18/07 ELAVIL 50MG TABLET TAKE 1 TABLET IN THE MORNING AND 2 AT BEDTIME | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| ASPIRIN 325 MG TABLET 12/18/07 TAKE 1 TABLET TWICE DAILY | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| ALBUTEROL 90 MCG INHALER 11/20/07 PROVENTIL 90 MCG INHALER USE 2 PUFFS FOUR TIMES DAILY AS NEEDED | D / R / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| Elavil 100 mg bid | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 | |
| Ibuprofen 1200mg po bid | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 | |
| Doxycycline 100mg PO BID x 2 weeks Start 2/13/07 Stop 3/01/07 | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 | |

| CHARTING FOR | 02/01/07 | THROUGH | 02/28/07 | PAGE | 1 OF | 1 |

Physician: NICHOLS, KEN
Alt. Physician: NICHOLS, KEN
Allergies: NKA

Diagnosis:

| Medicaid Number | Medicare Number | Approved By Doctor | | | | | | Title: | Date: |

By:
D.O.B.

Patient Code: ABRAHARO

Resident: ABRAHAMSON, HAROLD
D.O.B. 06/08/1955
Admission Date: 10/30/06

0001590A

MONTGOMERY COUNTY JAIL
ABRAHAMSON, HAROLD
REPORT DATE : 03/07

# MEDICATION ADMINISTRATION RECORD

-2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 9 | 10 | 11 | 12 | | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROCHLOROTHIAZIDE 25 MG TAKE 1 TABLET IN THE MORNING | 01/22/08 AM | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ENALAPRIL MALEATE 20 MG T VASOTEC 20 MG TABLET TAKE 1 TABLET TWICE DAILY | 01/22/08 AM / PM | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ATENOLOL 50 MG TABLET TENORMIN 50 MG TABLET TAKE 1 TABLET TWICE DAILY | 01/08/08 AM / PM | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| AMITRIPTYLINE HCL 50 MG T ELAVIL 50MG TABLET TAKE 1 TABLET IN THE MORNING AND 2 AT BEDTIME | 12/18/07 AM / PM | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ASPIRIN 325 MG TABLET TAKE 1 TABLET TWICE DAILY | 12/18/07 AM / PM | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| VENTOLIN HFA 90 MCG INHAL USE AS DIRECTED | 02/02/08 | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Elavil 100mg BID 2/9/07 | | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Motrin 1200mg BID | | | | | | | | | | | | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| CHARTING FOR | 03/01/07 | THROUGH | 03/31/07 | PAGE | 1 OF | 2 | Medical Record No. |
|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone | | | |
| Alt. Physician | NICHOLS, KEN | | | Alt. | | | |
| Allergies | NKA | | | Rehab Potential | | | |
| Diagnosis | | | | | | | |
| Medicaid Number | | Medicare Number | | Approved By Doctor By Dr. Nichols | | Title: | 3/1/07 |
| | | | | D.O.B. | Sex | Room | Patient Code ABRAHARO |
| RESIDENT | ABRAHAMSON, HAROLD | | | 06/08/1959 | | | Admission Date 10/30/06 |

000151A

# MEDICATION ADMINISTRATION RECORD

2-2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CIPRO 500mg
BID x 10 days
3-6-07     AM / PM

CARDURA 4mg P.O.
@ HS
3-6-07     PM

CHARTING FROM: 3-6-07   THROUGH 3-31-0

Physician: Nichols, Len
Alt. Physician:
Allergies: NKA

Diagnosis:
Medicaid Number:   Medicare Number:   Approved By Doctor:
By:
D.O.B. 6-18-5   Sex: M   Room: 30

RESIDENT: Abrahamson, Harold

Admission Date: 10-30-0

Medical Record No.:
Telephone:
Alt. Telephone:
Rehab Potential:

Title:   Date:
Patient Code: