IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD M. ABRAHAMSEN, JR., | ) |
| Plaintiff, | ) |
| v. | ) 2:06-CV-1039-WKW |
| D.T. MARSHALL, *et al.*, | ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Defendant, Southern Health Partners, Inc., does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

MedGuard Health Services, Inc.

Vista Health Management, Inc.

MedWatch, Inc.

*/s/ Robert N. Bailey, II*
Daniel F. Beasley
Robert N. Bailey, II
Attorneys for Defendant, Southern Health Partners, Inc.

Of Counsel:
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing upon with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Constance C. Walker
>Thomas R. Gallion, III
>Haskell Slaughter Young & Gallion, LLC
>305 Lawrence Street
>P.O. Box 4660
>Montgomery, AL 36103-4660

and I hereby certify that I have mailed by U.S. Mail the document to the following non-CM/ECF participants:

>Harold M. Abrahamsen, Jr.
>Inmate No. 76171
>Montgomery County Detention Facility
>P.O. Box 4599
>Montgomery, AL 36103

on this the __16__ day of March, 2007.

_____
Of Counsel

[yr] \\LFSPSQL\CPShare\CPWin\HISTORY\070302A\175E5.26

2