IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HAROLD M. ABRAHAMSEN, JR.    *

    Plaintiff,    *

       v.    *    2:06-CV-1039-WKW

D.T. MARSHALL, *et al.*,    *

    Defendants.    *

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on November 20, 2006. At the time he filed this complaint, Plaintiff was incarcerated at the Montgomery County Detention Facility located in Montgomery, Alabama. On April 2, 2007 the envelope containing Plaintiff's copy of an order filed March 28, 2007 was returned to the court marked as undeliverable because Plaintiff is no longer at the most recent address he provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was informed of this requirement in the court's January 7, 2007 order of procedure. (*See* Doc. No. 8, ¶6(h).)

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Therefore, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint

should not be dismissed for his failures to comply with the orders of this court and to prosecute this action.

Accordingly, it is ORDERED that:

1.      On or before April 12, 2007 Plaintiff shall SHOW CAUSE why his complaint should not be dismissed for his failures to comply with the orders of this court and to prosecute this action. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

2.      The Clerk SEND copy of this order to Plaintiff at his last known address.

Done, this 3rd day of April 2007.

       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE